Adrian Williams-El v. Michael J. Gaines, Et Al.

Exhibit (B)

Proof Of Petitioners Serious Medical Situation Of "Congested Heart Failure" By Two Hospital's Within The District Of Columbia Which All Four Of Petitioners Medical Doctor's Have Sought To Have This Petitioner Medically Released A/S/A/P. Petitioners Counselor Ms. Vida B. Johnson Has All Petitioners Doctor's Reports And Reconmendations For Petitioners Medical Release Before Petitioners Heart Gives Out Since It's Only Functioning 10% And Slowly Deteriorating.

**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# PATIENT DISCHARGE INSTRUCTIONS

**Diagnoses:** Cardiomyopathy — [illegible]

**Pneumococcal Vaccine:** ___ Given
Date: _____
**Influenza Vaccine:** ___ Given
Date: _____

**Discharge Date:** 3/14/05

**MEDICATIONS:** Each medication, strength, route, frequency must be listed.

| NAME OF MEDICATION | STRENGTH | ROUTE | FREQUENCY |
|---|---|---|---|
| [illegible] | 5 | [illegible] | [illegible] |
| ECASA | 20 mg | PO | [illegible] |
| Coreg | 3.125 | PO | [illegible] |
| Lasix | 40 mg | PO | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Coumadin | 2-5 | PO | [illegible] |
| Digoxin | 0.25 | PO | [illegible] |
| Colchicine/[illegible] | 0.6 | PO | [illegible] |

**DIET:** ☐ No Restrictions  ☐ Other: _[illegible]_

**ACTIVITY:** ☐ No limitations  ☐ Activity as comfort permits  Other: _[illegible]_

**FOLLOW-UP:** Call Dr. _Cardiology_ at _DCG N Site_ to schedule an appointment within _1 wk_. Bring discharge instructions with you. **Call your doctor if you have medical problems that worry you.**
**IS PATIENT A SMOKER?** (Smoked within last year). ☐ YES  ☐ NO
Smoking Cessation Education given: ☐ YES  ☐ Refused   For Smoking Cessation classes call: 1-877-937-7848

**SPECIAL INSTRUCTIONS / COMMENTS:** _Will [illegible] need to f/u Coumadin_

**CHF PATIENTS:**
Fluid Restriction: ☐ None  ☒ Other: _2L_
☐ Weigh yourself every day, write it down and take it with you to your follow-up appointment.
**CALL YOUR DOCTOR IF YOU HAVE:**
☐ Weight Gain of 2-4 lbs. over 2-3 days  ☐ Worsening shortness of breath or swelling  ☐ Temperature greater than ____
☐ Other: _____

**Physician Signature:** _[signature]_   **Date/Time:** 3-14-05

**SOCIAL SERVICE / HOME HEALTH AGENCY**
Agency: _N/A_   Person to Call: _N/A_
Phone: _____

**I understand the Discharge Instructions:** _Adrian Williams_   (Date/Time) 3/14/05
(Signature of Patient/Responsible Party)

**Signature Health Care Personnel:** _[signature]_   Date/Time: _[illegible]_

GSCH Form 250 Rev 7/04    WHITE-Medical Record    YELLOW-Patient    PINK-Physician



**Washington Hospital Center**

**Department of Emergency Medicine**
**PATIENT DISCHARGE INSTRUCTIONS**



# Williams, Adrian
## 52M

| | |
|---|---|
| Patient Name | **Williams, Adrian** |
| Date | 03/02/2005 |
| You were Seen By Dr. | **Marchand, Gregory M.D.** |
| Diagnosis(es) | **Upper Respiratory Infection** |
| | **Congestive Heart Failure** |

Follow up with **Dr. Aha**
or call (202) 877-DOCS (3627) for a referral to a Washington Hospital affiliated physician.
You should be re-examined in **1-2** days, call as soon as possible for an appointment.
If not improving after _____ days, please call for the next available appointment.
Additional Follow-up **Call (202) 877-DOCS for a primary care referral**

Return to the Emergency Department if you experience: **Difficulty breathing; Pass out; Any worsening of your symptoms or any other serious concerns; Chest pain; Shortness of breath**

Additional Instructions

You were prescribed the following medicines: **Furosemide 40 milligrams; Twenty**

Clinical Education Sheets

Printed: 03/02/2005 11:08
Williams, Adrian

MRN: 2533315

DOB: 04/21/1952  Age: 52  Sex: M

Patient Discharge Instructions

Reg Date/Time: 03/02/2005 07:56

Acct: 18524678




Washington Hospital Center

**Department of Emergency Medicine**
**DIAGNOSTIC STUDIES**

| Laboratory Results | ☒ All Labs reviewed by EM Attending |
|---|---|

*PT=H32.4; *INR=3.2; BL PTT=H66; CK-MB=.3; TN-I=.000

| Radiology Results | ☒ All Images reviewed by EM Attending |
|---|---|

**Radiologist:** DX Chest Frontal + Lateral--Cardiomegaly
**EMD:**

Preliminary Reading By _____

**ECG Reading by EM Attending**

1st Degree AV Block, no acute change

---

Printed:   03/02/2005 11:08
**Williams, Adrian**        DOB: 04/21/1952  Age: 52  Sex: M        Reg Date/Time: 03/02/2005 07:56


MRN: 2533315


Diagnostic Studies


Acct: 18524678

# WASHINGTON HOSPITAL CENTER

Washington Hospital Center
110 IRVING STREET, N.W.
WASHINGTON, D.C. 20010-2975
(202)-877-6171

PAGE NO. 1

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL | | | | | | BIRTH-DATE | HOSP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| CYCLE OUTP. | 03/09/05 | | FEI # 521272129 | | | | | 04/21/52 | 824 |

| D | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WILLIAMS, ADRIAN | 18524678 | M | 52 | 03/02/05 | | |

| GUARANTOR NAME AND ADDRESS | LOB | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| ADRIAN WILLIAMS<br>607 CONGRESS TERR SE<br>WASHINGTON DC 20032 | 1 | D50 DC MEDICAID<br><br>MARCHAND GREGORY | | 70524132 |

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

AMOUNT OF PAYMENT $

**CUT ALONG DOTTED LINE**

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 | EST. COVERAGE INS. CO. NO. 3 | EST. COVERAGE INS. CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 03/02 | E/R LEVEL IV | 1732003 | 878.10 | 878.10 | | | | |
| 03/02 | FUROSEMI 10MG INJ | 2600510 | 23.74 | 23.74 | | | | |
| 03/02 | POT CL 10 MEQ TAB | 2609672 | .12 | .12 | | | | |
| 03/02 | CHEST PA & LAT | 2107101 | 176.30 | 176.30 | | | | |
| 03/02 | S-SUGAR BLD QT | 2210004 | 30.30 | 30.30 | | | | |
| 03/02 | S-POTASSIUM SERUM | 2210036 | 35.50 | 35.50 | | | | |
| 03/02 | BUN WB QUANT | 2211170 | 31.40 | 31.40 | | | | |
| 03/02 | CREATININE, WB | 2211181 | 36.90 | 36.90 | | | | |
| 03/02 | S-SODIUM, SERUM | 2211248 | 35.50 | 35.50 | | | | |
| 03/02 | S-CHLORIDE | 2211309 | 80.60 | 80.60 | | | | |
| 03/02 | TROPON I SERUM QT | 2218216 | 40.40 | 40.40 | | | | |
| 03/02 | CK MB FRACT ONLY | 2219831 | 75.70 | 75.70 | | | | |
| 03/02 | PROTHRMBN TIM WB | 2219910 | 38.20 | 38.20 | | | | |
| 03/02 | PTT-WB | 2219911 | 31.30 | 31.30 | | | | |
| 03/02 | ECG-EMERGENCY | 2920323 | 86.20 | 86.20 | | | | |
| | BALANCE FORWARD | | 0.00 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | EMERGENCY ROOM | | 878.10 | 878.10 | | | | |
| | DRUGS IV THERAPY | | 23.86 | 23.86 | | | | |
| | RADIOLOGY | | 176.30 | 176.30 | | | | |
| | CLINICAL PATHOLOGY | | 435.80 | 435.80 | | | | |
| | STERILE SUPPLY | | 86.20 | 86.20 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 1600.26 | 1600.26 | | | | |

| TOTALS | | | 1600.26 | 1600.26 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|
| 18524678 | | | | |

**WASHINGTON HOSPITAL CENTER**

Washington Hospital Center
110 IRVING STREET, N.W.
WASHINGTON, D.C. 20010-2975
(202)-877-6171

PAGE NO. 2

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| CYCLE OUTP. | 03/09/05 | |

FEI # 521272129

BIRTH-DATE 04/21/52    HOSP. NO. 824

| D E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| | WILLIAMS, ADRIAN | 18524678 | M | 52 | 03/02/05 | | |

GUARANTOR NAME AND ADDRESS:
ADRIAN WILLIAMS
607 CONGRESS TERR SE
WASHINGTON DC 20032

| COB | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | D50 DC MEDICAID | | 70524132 |
| | MARCHAND GREGORY | | |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT     AMOUNT OF PAYMENT $

CUT ALONG DOTTED LINE

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 | EST. COVERAGE INS. CO. NO. 3 | EST. COVERAGE INS. CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DIAGNOSIS: | 465.9 | | | | | | |

THIS ACCOUNT ITEMIZATION REPRESENTS ALL CHARGES, PATIENT AND INSURANCE PAYMENTS AND ADJUSTMENTS TO DATE. ANY PATIENT RESPONSIBILITY INDICATED IN THE "PAY THIS AMOUNT" SECTION IS NOW DUE. THANK YOU FOR CHOOSING THE WASHINGTON HOSPITAL CENTER.

| TOTALS | | | 1600.26 | 1600.26 | | | | |

PATIENT NUMBER: 18524678

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

PAY THIS AMOUNT    0.00

FORM WRPLA1 - REV 09/00