United States District Court
For The District of Columbia

Adrian Williams-El, Pro Se-Petitioner,
#97648-131 / D.C.D.C. #162-518
1901 "E" Street, S.E., Medical Unit 82-15
Washington, D.C., 20003;

v.

Michael J. Gaines, Chairman, Et Al.,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815;

Warden Fred Figueroa
Corrections Corporation of America
1901 "E" Street, S.E.
Washington, D.C., 20003;  Respondents.

Civil Action No. _____

## Orders

It Being This ___ Day of _____, 2005; So Ordered, That Respondent's Show Cause Within Ten (10) Days Why This Emergency Expidated Writ Should Not Be Granted Forthwith.           (1)

Based Upon The Facts Presented By Petitioner And Petitioners Counsel Ms. Vida B. Johnson, It Is This ___ Day of _____ 2005; So Ordered That The Retry Sought By This Petitioner Is <u>Granted</u> Forthwith. It Is Further <u>Ordered</u> That The United States Marshals Forthwith Carry Out Said <u>Orders</u> of This Honorable Court And Free The Petitioner Forthwith This Day of ___, _____ 2005.

_____
United States District Court Judge

(2)