AO 240 (Rev. 9/96)

# United States District Court

For The DISTRICT OF Columbia

**FILED**
JUL 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Adrian Williams-El, Pro Se - Petitioner

v.

Michael J. Gaines, Chairman, Et Al.
~~Defendant~~ Respondents.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Leave to file without prepayment of costs.
GRANTED
_____
United States District Judge
7/11/05

CASE NUMBER: 05-1387

I, Adrian Williams-El, declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  1901 "E" Street, S.E., E1B-20, Washington, D.C., 20003

   Are you employed at the institution? Yes    Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [✓] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I receive no, zero income
   Warden Fred Figueroa, C.C.A., 1901 "E" Street, S.E., Wash. D.C., 20003

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [✓] No
   b. Rent payments, interest or dividends              [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [✓] No
   d. Disability or workers compensation payments       [ ] Yes    [✓] No
   e. Gifts or inheritances                             [ ] Yes    [✓] No
   f. Any other sources                                 [ ] Yes    [✓] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

(2)

§ 9-1    FEDERAL POSTCONVICTION REMEDIES & RELIEF    870

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury, that the foregoing is true and correct. Executed on 6/15/05 (date).

*Adrian Williams-El*
Signature of Petitioner

IN FORMA PAUPERIS DECLARATION

*United States District Court District of Columbia*
[Insert appropriate court]

*Adrian Williams-El*
(Petitioner)

*Michael J. Gaines*
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, *Adrian Williams-El*, declare that I am the petitioner in the above entitled case: that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes [✓] No [ ]
  a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *Zero / Warden Fred Figuero 1901 E St., S.E. Wash. D.C., 20003*
  b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _____
2. Have you received within the past twelve months any money from any of the following sources?
  a. Business, profession or form of self-employment? Yes [ ] No [✓]
  b. Rent payments, interest or dividends? Yes [ ] No [✓]
  c. Pensions, annuities or life insurance payments? Yes [ ] No [✓]
  d. Gifts or inheritances? Yes [ ] No [✓]
  e. Any other sources? Yes [✓] No [ ]
If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. *Funds Retain Was From Arrest. $1.32¢*
3. Do you own cash, or do you have money in checking or savings account?
Yes [✓] No [ ] (Include any funds in prison accounts.) *$1.32¢*
If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or

371 FORMS § 9-2

other valuable property (excluding ordinary household furnishings and clothing)?
Yes [ ] No [✓]
If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *Three Children, Inez Bowman, Ladrick Bowman,*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on *6/15/05* (date).

*[signature]* *Christeen Williams-El*
Signature of Petitioner

Certificate

I hereby certify that the petitioner herein has the sum of $ *1.32¢* on account to his credit at the *C.C.A.* institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said *C.C.A.* institution: *No Securities*

*[signature] Beverly Pope??? c/t*
Authorized Officer of Institution

§ 9-2 Motion to vacate, set aside or correct sentence, for use in proceedings under 28 U.S.C. § 2255

MODEL FORM FOR MOTIONS UNDER 28 USC § 2255

Name _____
Prison Number _____
Place of Confinement _____
United States District Court _____ District of _____ Case No. _____
_____ (to be supplied by Clerk of U. S. District Court)
United States,
v
_____
(full name of movant)

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

429

Picklist For: 162518        WILLIAMS, ADRIAN C.
   Received: 05/12/05 10:28:12 AM              Date: 05/12/2005
 Order Date: 05/12/2005                        Page: 4
  Order No.: F50090956