United States District Court
For the District of Columbia

Adrian Williams-El, Pro Se - Plaintiff,
Federal No. 97648-131 / D.C.D.C. #162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003;

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815; Defendants,

And
Warden Fred E. Figueroa, (Custodian),
Warden C.C.A. (D.C.)
1901 "E" Street, S.E.
Washington, D.C., 20003, Defendant.

Civil Action No.
1:05-CV-1387
EGS

## Notice Of Filing

Comes now, the pro se - plaintiff Adrian Williams-El, Federal No. 97648-131 / D.C.D.C. #162-518, respectfully moves this Honorable Court, by informal discovery request attached hereto for the

(1)

Defendant's <u>Michael J. Gaines, Et Al.</u>, Chairman, United States Parole Commission, and Defendant <u>Fred E. Figueroa</u>, Warden, C.C.A. (D.C.), request that the attached discovery letter dated August 15th, 2005, be made part of the Record in this civil matter.

Dated: <u>August 15th, 2005</u>

<u>See</u> Fed. R. Civ. Proc. Rule 6(d); Fed. R. Civ. Proc. Rule 7(b).

<u>See Also</u> Fed. R. Civ. Proc. Rule 26(A), Fed. R. Civ. Proc. Rule 26(A)(1), Fed. R. Civ. Proc. Rule 26(2)(A); Fed. R. Civ. Proc. Rule 26(3).

Plaintiff is in compliance with Fed. R. Civ. Proc. Rules 26(3)(A), 26(3)(B), 26(3)(C).

<u>See Also</u> Fed. R. Civ. Proc. Rule 26(5); Fed. R. Civ. Proc. Rule 26(3).

Respectfully submitted,

<u>Adrian Williams-El</u>
Adrian Williams-El, Pro Se Plaintiff
Federal No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.

<u>Pro Se</u>

### Certificate of Service

I, <u>Adrian Williams-El</u>, Federal No. <u>97648-131</u> / D.C.D.C. # <u>162-518</u>, hereby certify, verify that a copy of this Notice of Filing was mailed postage pre paid to: <u>Michael J. Gaines, Et Al.</u>, Chairman, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this <u>15th</u> day of <u>August</u> 2005, A.D.

(2)

And Warden Fred E. Figueroa, Warden C.C.A. (D.C.),
Plaintiff's Custodian, 1901 "E" Street, S.E., Washington, D.C., 20003, A.D.

*Adrian Williams-El*
Adrian Williams-El, Pro Se - Plaintiff
Federal No. 97648-131 / D.C.D.C #162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E/B-20
Washington, D.C., 20003.

(3)