United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se- Plaintiff,
Federal No. 97648-131 / D.C.D.C. #162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003;

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815; Defendants;

And

Warden Fred. E. Figueroa, Custodian,
Warden C.C.A. (D.C.)
1901 "E" Street, S.E.
Washington, D.C., 20003; Defendant.

Civil Action No.
1:05-CV-1387

Motions For Summons And Subpoena's
To Pre-Pare Plaintiffs Witnesses For Trial

(1)

<u>To Be Scheduled By This Honorable Court</u>

Comes now, the pro se-plaintiff, <u>Adrian Williams-El</u> Federal No. <u>97648-131</u>/(D.C.@.C.# <u>162-518</u>, whom respectfully moves this Honorable Court pursuant to the above entitled motion for Summons and subpoena's pursuant to Fed. R. Civ. Proc. Rules 4, Fed. R. Civ. Proc. Rule 45 <u>et seq</u>. <u>See Also</u> Fed. R. Civ. Proc. Rules 5 <u>et seq</u>.

As grounds for this motion the plaintiff respectfully states:

(A) This matter is forthcoming to trial by plaintiff against said defendants' <u>Michael J. Gaines</u>, Et Al., Chairman, United States Parole Commission and their <u>Agents</u> Et Al., and defendant <u>Fred E. Figueroa</u>, custodian, C.C.A. (D.C.) for violations of plaintiff's federal constitutional rights.

(B) Plaintiff's witnesses must be alerted as to the up-coming trial of this matter so their schedules won't be unduly up-set; and out of professional curtisy allow said witnesses to prepare.

(2)

(C) Plaintiffs first witness would be the Honorable D.C. Superior Court Judge Holeman, whom's testimony would be: that plaintiff had filed a pro se motion in formal D.C. Superior Court Criminal Case F-00041-05, dismissed with prejudice June 1, 2005, A.D.; regarding the ("false statements") made by the ("formal arresting police officer") whom finally admitted he lied on this plaintiff. See Preliminary Hearing Transcript Of The Probable Cause Hearing.

Furthermore, the Honorable D.C. Superior Court Judge Holeman will testify that he had Ordered me released, however, these defendants Michael J. Gaines, Et Al., Chairman, United States Parole Commission and his Agents, Et Al., elected to undermind the Superior Court Judges Order releasing plaintiff to deprive plaintiff due process in assisting plaintiffs counsel in help locating the plaintiffs other witnesses ("two white elderly gentlemen")

(3)

At the scene of plaintiffs illegal and unconstitutional <u>stop</u>, <u>search</u> and <u>seizures</u> in violation of plaintiffs Fourth and Fifth Amendment rights and plaintiffs <u>Bill of Rights</u>.

<u>See</u> <u>Wong Sun v. United States</u>, 371 U.S. 471, 83 S.Ct. 407, 9 L. Ed. 2d 441 (1963).

<u>See Also</u> <u>Terry v. Ohio</u>, 392 U.S. 1, 19 n. 16, 88 S.Ct. 1868, 1879 n. 16, 20 L. Ed. 2d 889 (1968).

Here, the (same <u>perjurious arresting police officer</u>") in formal D.C. Superior Court Criminal Case <u>F-00041-05</u>, <u>threaten</u> "<u>plaintiffs eyewitnesses</u>" to <u>leave</u> or <u>he'd beat them</u> and <u>arrest them</u> to keep them from further witnessing plaintiff being set-up by police, in said formal criminal case.

<u>See</u> <u>Pre Trial Motions</u> Filed by this plaintiff in formal D.C. Superior Court Criminal Case <u>F-00041-05</u>.

Finally, the Honorable D.C. Superior Court Judge <u>Holeman</u>, will testify to the Assistant United States Attorney's Closings made on June 1, 2005, A.D., the date

(4)

plaintiffs trial was to commence, the prosecutor admitted that plaintiffs "<u>Arrest</u>," <u>seizures</u> were infact a ("bad arrest") that should have "<u>never</u>" taken place, the prosecutor moved that the case be dismissed <u>with prejudice</u> which the Honorable Superior Court Judge <u>Holeman</u> granted.

(2) Plaintiffs Second Witness would be: Ms. <u>Vida B. Johnson</u>, Counselor for Plaintiff in the formal D.C. Superior Court Criminal Case <u>F-00041-05</u>, who's testimony would be here, that she cross-examined the ("formal perjurious Arresting police officer in formal D.C. Superior Court Criminal Case <u>F-00041-05</u>, whom finally admitted he'd <u>lied</u> on this plaintiff.")

Plaintiffs witness can/and will produce the proceedings pre trial transcripts as proof of the ("formal perjurious Arresting police officer in formal D.C. Superior Court Criminal Case <u>F-00041-05</u>, where he admitted he'd <u>lied</u> on one.")

(5)

Plaintiffs witness will further testify that she had sent out her investigators to try to locate the witnesses that police threaten and chased off threatning them with arrest. These witnesses were plaintiffs eyewitnesses to plaintiffs illegal stop, search and seizures in violation of plaintiffs Fourth and Fifth Amendment rights.

(E) Plaintiffs Third witness would be: Counsel's investigator one and Counsel's investigator (2) to be named at a later date. Their testimonies would be the hunt for my two eyewitnesses that the ("perjurious arresting police officer") in formal D.C. Superior Court Criminal Case F-00041-05, that said police officer threaten and intimidated plaintiffs eyewitnesses to keep them further from further witnessing plaintiffs wrongful arrest, and seizures in violation of plaintiffs federal constitutional rights.

(F) Plaintiffs Fifth witness would be: Ms. Deborah L.

(6)

<u>Ritter</u>, Staff Parole Division, The Public Defender Service, 633 Indiana Avenue, N.W., Washington, D.C., 20004, (202) 824-2426 or (202) 628-1200, whom would testify.

That at plaintiffs original hearing before the defendants <u>Michael J. Gaines</u>, <u>Et Al</u>., Chairman, United States Parole Commission, and his <u>Agents</u> <u>Et Al</u>., the parole examiner plaintiff saw was <u>Bias</u> and already had a pre-concieve notion to violate plaintiff for being a <u>District of Columbia Black Parolee</u>.

These are plaintiffs <u>witnesses</u> and <u>evidence</u> to present at trial.

Wherefore, plaintiff respectfully moves the Court to grant this motion and issue the <u>summons</u> and <u>subpoena's</u> that will place plaintiffs witnesses on notice, and plaintiff can secure the proceedings transcripts from formal D.C Superior Court Criminal Case <u>F-00041-05</u>.

(7)

This being the 15th day of August 2005, A.D.

*Adrian Williams-El*
Adrian Williams-El, Pro Se Plaintiff
Federal No. 97648-131/D.C.D.C. #162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.

## Sworn Declaration

I, Adrian Williams-El, Federal No. 97648-131/D.C.D.C. #162-518, Being of Sound Mind, Do Verify, Certify, Swear Under Penalty of Perjury That The Information And Statements Made Here Are True.

This being the 15th day of August 2005, A.D.

*Adrian Williams-El*
Adrian Williams-El, Swearee
Fed. No. 97648-131/D.C.D.C. #162-518

(8)

## Certificate of Service

I certify, verify, that a true and correct copy was mailed to: Michael Stover, General Counsel, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this 15th day of August 2005, A.D., and Warden Fred. E. Figueroa, Custodian, Warden C.C.A. (D.C.), 1901 "E" Street, S.E., Washington, D.C., 20003; this 15th day of August 2005, A.D.

Adrian Williams-el
Adrian Williams-el, Pro Se-Plaintiff
Federal No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.