United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se- Plaintiff
Federal No. 97648-131/D.C.D.C.# 162-518

Civil Action No.
1:05-CV-1387

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission
　　　　　　　　　Defendants.

And

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.)
　　　　　　　　　Defendants.

## Orders

It Being This ___ Day of _____, 2005, A.D., So Ordered: That Plaintiffs Motion For Summons And Subpoena's To Secure His Witnesses And Evidence For Trial And Giving Said Witnesses Formal Notice Is Granted.

_____
United States District Court Judge

(1)