United States District Court
For the District of Columbia

Adrian Williams-El, Pro Se- Petitioner,
Federal No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.)(C.T.F.)
1901 "E" Street, S.E., EIB-20
Washington, D.C., 20003;

v.

Michael J. Gaines, Et Al., Chairman,
Edward F. Reilly, Jr., Et Al., Chairman,
Cranson J. Mitchell, Et Al., Chairman,
John Simpson, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815; Respondents;

And

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.)(C.T.F.)
1901 "E" Street, S.E.
Washington, D.C., 20003, Respondents.

Civil Action No.
1:05-CV-1387
EGS

## Notice Of Filing

Petitioner Has Been Prejudice And Denied His Conditional Constitutional Liberty By Respondents Michael J. Gaines, Et Al., Chairmen, United States Parole Commission And Their Agents, Et Al.

(1)

It has been suggested that Michael J. Gaines, Et Al., Chairman, United States Parole Commission has resigned, and one of the above listed named members have replaced the formal Chairman, United States Parole Commission. Nevertheless, the agency of the United States Parole Commission has been notified by Certification by the United States Marshal Service, by Court Order, by the Honorable United States District Court Judge Emmet G. Sullivan, on 8/8/05.

Respondents here, from the United State Parole Commission violated petitioners federal constitutional rights pursuant to 18 U.S.C. § 4214(b)(1) (1982). Here, petitioner was arrested on a new criminal charge on 1/01/05, and Respondents detainer was issued February 16th or 17th 2005, A.D. Petitioner has and is still in custody under warrant by the United States Parole Commission without finality as of yet. Petitioner won his criminal case in the D.C. Superior Court Criminal Case F-00041-05, June 1, 2005, A.D.

Here, the United States Parole Commission issued its warrant upon knowingly false, i.e., perjurious testimony from the ("Arresting police officer.") See Napue v. Illinois, 360 U.S. 264 (1959).

(2)

See Also Mooney v. Holohan, 294 U.S. 103 (1935); Long V. Gaines, 167 F. Supp. 2d 75 (2001); Morrissey, 408 U.S. at 488, 92 S.Ct. 2593. It is unconceivable in this day and age, that Respondents in their desperation to revoke my parole, they chosed the path of soliciting false evidence to try in accomplish their goal.

This being the 16th day of August 2005, A.D.

Adrian Williams-El
Adrian Williams-El, Pro Se Petitioner
Federal No. 97648-131/D.C.D.C.#162-518
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., EIB-20
Washington, D.C., 20003

## Sworn Declaration

I, Adrian Williams-El, Being Of Sound Mind, My Federal No. 97648-131/D.C.D.C.# 162-518, Hereby Certify, Verify, Swear Under Penalty Of Perjury, That The Information And Statements Made Here Are True.

Adrian Williams-El
Adrian Williams-El, Swearee
97648-131/D.C.D.C.#162-518

(3)

## Certificate Of Service

I hereby certify, verify that a true and correct copy of the Notice of Filing was mailed postage pre-paid to Michael Stover, General Counsel, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this 16th day of August 2005, A.D., and Warden Fred E. Figueroa, Custodian, Warden C.C.A. (D.C.) C.T.F., 1901 "E" Street, S.E., Washington, D.C., 20003; this 16th day of August 2005, A.D.

Adrian Williams-El
Adrian Williams-El, Pro Se-Petitioner
Federal No. 97648-131/D.C.D.C. #162-518
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003

(3)