United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se-Plaintiff
(Federal No. 97648-131 / D.C.D.C. #162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003,

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815, Defendants,

And

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.)
1901 "E" Street, S.E.
Washington, D.C., 20003; Defendants.

Civil Action No.
1:05-CV-1387
EGS

(1)

Motion For Return Of Plaintiffs Personal Property Illegally And Unconstitutionally Seized From formal D.C. Superior Court Criminal Case F-00041-05, From Formal Criminal Case: <u>United States Of America V. Adrian Williams</u>. In Violation Of Plaintiffs Fourth And Fifth Amendments Of The United States Constitutions (Fruits Of The Poisonous Tree (Doctrines)

Comes now, this <u>pro se</u> - plaintiff <u>Adrian Williams-El</u>, Federal No. <u>97648-131</u> / D.C.D.C. # <u>162-518</u>, whom respectfully moves this Honorable Court pursuant to Fed. R. Civ. Proc. Rule 6(d) and Fed. R. Civ. Proc. Rule 7(b). As grounds for this motion the plaintiff respectfully states:

(A) On the morning of January 1, 2005, A.D., plaintiff was illegally stoped by the Metropolitan Police of the Second District, plaintiff was illegally searched, and plaintiff and plaintiffs ("personal property") was unconstitutionally seized in violation of plaintiffs Fourth

(2)

and Fifth Amendment rights. See Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L. Ed. 2d 441 (1963).

See Also Terry v. Ohio, 392 U.S. 1, 19 n. 16, 88 S.Ct. 1868, 1879 n. 16, 20 L. Ed. 2d 889 (1968); Johnson v. United States, 333 U.S. 10, 13-14, 68 S.Ct. 367, 369, 92 L. Ed. 436 (1948); Beck v. Ohio, supra, 379 U.S. at 96, 85 S.Ct. at 228; Carroll v. United States, 267 U.S. 132, 149, 45 S.Ct. 280, 283, 69 L. Ed. 543 (1925).

See Wayne R. LaFave, Search and Seizure: A Treatise on the Fourth Amendment (3d ed. 1996).

(B) The United States Attorney for the District of Columbia, Et Al., has been unconstitutionally and illegally withholding plaintiffs ("personal property") was said illegal arrest since plaintiff "won" his formal D.C. Superior Court Criminal Case F-00041-05, dismissed with prejudice June 1, 2005, A.D., from: United States of America v. Adrian Williams: To plaintiffs knowledge, the illegally and unconstitutionally seized

(3)

("personal property") of plaintiff which was in violation of plaintiff's Fourth and Fifth Amendment rights. See Wong Sun v. United States, 371 U.S. 471, 83 S. Ct. 407, 9 L. Ed. 2d 441 (1963), under the ("fruits of the poisonous tree doctrines"), have failed to turn all of plaintiffs ("personal property") over to plaintiffs counsel Ms. Vida B. Johnson, Staff Attorney, Public Defender Service for the District of Columbia, 633 Indiana Avenue, N.W., Washington, D.C., 20004. Telephone No. (202) 824-2348, (202) 628-1200/Toll Free (800) 341-2582. It's been learned that the United States Attorney for the District of Columbia, Et Al., was withholding plaintiffs ("personal property") as ("evidence") for these defendants Michael J. Gaines, Et Al., Chairman, United States Parole Commission and his agents, Et Al., in their attempt to have plaintiffs "condictional liberty interest" revoked in plaintiffs up-coming parole revocation proceedings scheduled for August 22, 2005, A.D.

(c) The ("fruits of a illegal search and seizure") cannot be utilized against plaintiff in a seperate proceeding

(4)

Because the original criminal matter was dismissed with prejudice as ("fruits of an illegal stop, search and seizures") that violated this plaintiff's Fourth and Fifth Amendment rights under the United States Constitution. See Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed. 2d 441 (1963). See Also Terry v. Ohio, 392 U.S. 1, 19 n. 16, 88 S.Ct. 1868, 1879 n. 16, 20 L.Ed. 2d 889 (1968).

(C) Plaintiff has always maintained the right to reclaim and have return to him his ("personal property"), "ALL" of plaintiff's "personal property"; i.e., plaintiff's clothing; plaintiff's book-bags; plaintiff's money; plaintiff's watches; plaintiff's jewelry; plaintiff's headphones; plaintiff's keys; plaintiff's knife; plaintiff's player; plaintiff's screw drivers; plaintiff's date-book; plaintiff's non-drivers identifications; plaintiff's drivers permit; plaintiff's social security card; plaintiff's medicade card; plaintiff's doctor's orders and doctor bills; plaintiff's medications, etc., etc., plaintiff's bus tokens.

(5)

Wherefore, plaintiff respectfully moves this Honorable Court for An Order directing the United States Attorney For The District of Columbia, Et Al., whomever he or she might be to forthwith return "All" of the plaintiffs ("personal property") and ("monitary property") over to plaintiffs counsel Ms. Vida B. Johnson, Staff Attorney, Public Defender Service For The District of Columbia, 633 Indiana Avenue, N.W., Washington, D.C., 20004; Phone: (202) 824-2348 or (202) 628-1200 or (800) 341-2582.

This being the 15th day of August 2005, A.D.

Adrian Williams-El
Adrian Williams-El, Pro Se Plaintiff
Federal No. 97648-131/D.C.D.C. # 162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.

Any of Plaintiffs ("personal property") or ("monitary property") comes up missing, the United States Attorney Office or The Mayor of The District of Columbia should be billed for compensation to plaintiff forthwith.

(6)

## Sworn Declaration

I, Adrian Williams-El, Federal No. 97648-131/ D.C.D.C. #162-518, Being Of Sound Mind Do Verify, Certify, Swear Under Penalty Of Perjury That The Information And Statements Made Here By Me Are True And Correct. This 15th day of August 2005, A.D.

Adrian Williams-El

Adrian Williams-El, Swearer
Fed. No. 97648-131/D.C.D.C.#162-518

## Certificate of Service

This is to certify, verify that a true and correct copy of the foregoing plaintiffs Motion For Return Of Property, Et Al., was mailed postage prepaid to: United States Attorney's Office/Office Of The United States Attorney For The District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20001; this 15th day of August 2005, A.D., And: Michael J. Gaines, Et Al., Chairman, United States Parole Commission/ Mr. Michael Stover, General Counsel, United States Parole

(7)

Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this 15th day of August 2005, A.D., And Warden Fred E. Figueroa, Custodian, Warden C.C.A. (D.C.), 1901 "E" Street, S.E., Washington, D.C., 20003; this 15th day of August, 2005, A.D.

_Adrian Williams-El_
Adrian Williams-El, Pro Se- Plaintiff
Fed. No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., EIB-20
Washington, D.C., 20003.

United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se-Plaintiff,
(Federal No. 97648-131/D.C.D.C. # 162-518

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission, Defendants;

And

Warden Fred E. Figueroa, Custodian,
C.C.A. (D.C.), Defendants.

Civil Action No.
1:05-CV-1387

Order's

It Is This ___ Day of _____ 2005, A.D., So Ordered: That The United States Attorney For The District Of Columbia Is Hereby Ordered To Forthwith Return All The Listed Here Personal Property And Monitary Property Illegally And Unconstitutionally Seized ("From The Fruits Of The Poisoneous Tree (Doctrines") In Formal D.C.

(1)

Superior Court Criminal Case F-00041-05, Formally In: United States Of America V. Adrian Williams: And forthwith This Day Return "All" Of Plaintiffs Listed Property To Plaintiffs Counsel Ms. Vida B. Johnson, Staff Attorney, Public Defender Service Of The District Of Columbia, 633 Indiana Avenue, N.W., Washington, D.C., 20004.

_____
United States District Court Judge

(2)