United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se Petitioner,
Federal No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.)
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003;

V.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815; Respondents;

And

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.)
1901 "E" Street, S.E.
Washington, D.C., 20003; Respondent.

Civil Action
No. 1:05-CV-
1387

Notice Of Filing
(1)

The petitioner, Adrian Williams-El, Federal No. 97648-131 / D.C.D.C. # 162-518, brings forth an emergency motion for the Courts' immediate attention regarding retaliatorial behavior from Warden Fred E. Figueroa, Custodian and Respondent here which causes him to hamper, impede, frustrate, deny petitioners ability to communicate with this Honorable Court and to mail-out his backed-up litigations he's been trying to mail to this Honorable Court for the past 2½ weeks, but petitioner has been denied the ("Brown 8 x 10 Envelopes") needed to mail out his litigations to this Honorable Court. Petitioner has thus, requested the Assistant of the Head Public Defender Service, and petitioners counsel Ms. Vida B. Johnson, Staff Attorney.

(2)

633 Indiana Avenue, N.W., Washington, D.C., 20004;
to provide petitioner the envelopes needed to mail-out
his litigations to this Honorable Court. Petitioner ask
that the Record of this Communication be sealed, proof
of what petitioner has said can be proven with ease. Please
call (202) 628-1200, and ask for Counselor Ms. Vida B.
Johnson whom will confirm what I've stated here for
the Courts' ears only.

Constitutional safeguards for the protection of all who
are charged with offenses are not to be disregarded
in order to inflict merited punishment on some whom
are guilty. Ex parte Milligan, supra, 4 Wall. 119, 132,
18 L. Ed. 281; Tumey v. Ohio, 273 U.S. 510, 535, 47 S.Ct.
437, 445, 71 L. Ed. 749, 50 A.L.R. 1243; Hill v.
Texas, 316 U.S. 400, 62 S. Ct. 1159, 1161, 1162, 86 L. Ed.
1159.                              (3)

Here, petitioner has backed-up atleast six motions that he has been unable to mail to this Honorable Court because Respondent Warden Fred E. Figueroa, Custodian of petitioner has refused thus far to present petitioner with the "6" ("Brown 8 X 10 Envelopes") needed to mail out his completed filings; i.e., litigations awaiting to be filed before this Honorable Court. Counsel Ms. Vida B. Johnson with attempt to bring me the (" Brown 8 X 10 Envelopes ") this Tuesday, and with any luck hopefully the Court will get them by the end of this week. Petitioner is filing to this Honorable Court for a Court Order directing Respondent Warden Fred E. Figueroa, Custodian of petitioner to provide the needed tools to mail-out petitioners litigations to this Honorable Court. Also, petitioner get's a medical diet because of my

(4)

On going heart problem's, I'm suppose to get a fruit with every meal which hasn't been the case. I respectfully request an <u>Order</u> entailing that I get my "<u>fruit in a brown paper bag with my name on it at every meal,</u>" that way hopefully I will get the "<u>fruit</u>" I need to help my <u>nutrision</u>, and my <u>heart</u>. Thank You Dearly Your Honor.

In closing I pray that my counsel can get me those envelopes and that you get the last of my filings before the end of this week. Oh, by the way, I'm scheduled for a parole revocation hear on August 22, 2005, A.D., at 9:00 A.M., hopefully you will hault that hearing pending the outcome of this case before before this Honorable Court. Thank You Dearly,

Respectfully Submitted, Adrianw Williams-El
97648-131/162-518