United States District Court
For The District Of Columbia

Adrian Williams-El, Pro Se- Petitioner,
Federal No. 97648-131 / D.C.D.C. # 162-518
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003;

v.

Michael Gaines, Et Al., Chairman,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815. Respondent's;

and

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E.
Washington, D.C., 20003; Respondent.

Civil Action No.
1:05-CV-1387
EGS

(1)

## Notice Of Filing

Notice And Notification Of Petitioners Adrian Williams-El, Parole Revocation Hearing Dated 8/22/05 Where Petitioner Was Ordered Re-Instated Expeditiously Forwhich The Commission's Commissioner's Have Prejudically failed To Date To Expeditiously Release This Petitioner

On August 22, 2005, Between 8:50 A.M., 9:30 A.M., here At C.C.A. (D.C.), C.T.F., petitioner Adrian Williams-El, Federal No. 97648-131/D.C.D.C.# 162-518, went before the United States Parole Commission's Revercation board, petitioners Counsel Ms. Vida B. Johnson, Public Defender and petitioners parole officer Ms. S. Atkinson, United States Parole Officer were present for the hearing where it was determine that because petitioner was imprison upon ("mistaken identity") that petitioner whom had

(2)

no other technical violations and exceptional behavior was to be released expeditiously within 72 hours. However, as of this date, August 30th, 2005, A.D., petitioner was/is denied his conditional release he had prior to his wrongful arrest, in violation of: U.S.C.A. Const. Amend. V.

It is without question, that petitioner deserves to have respondent's warrant squashed and the Writ of habeas corpus granted. See United States ex rel. Fitzpatrick v. United States Parole Commission, 444 F. Supp. 1302; Tiersma v. Henderson, 401 N.Y.S. 2d 666, 60 A.D. 2d 1001, aff'd, 380 N.E. 2d 164, 44 2d 982, 408 N.Y.S. 2d 332; Hernandez v. Hammock, 406 N.Y.S. 2d 210, 63 A.D. 861; United States ex rel. Sims v. Sielaff, 563 F. 2d 821; People ex rel. Flores v. Dalsheim, 413 N.Y.S. 2d 188, 66 A.D. 2d 381; Dowie v. Klincar, 759 F. Supp. 425.

See Also: People ex rel. Alexander v. LeFevre, 3 Dept., 498 N.Y.S. 2d 485, 116 A.D. 2d 869.

(3)

Commonwealth v. Holmes, 375 A. 2d 379, 248 Pa. Super. 552.

Based upon the facts and information presented here and hereto, petitioner respectfully request that his relief sought be expidited forthwith and that an Order granting the return of all petitioners personal property illegally detained from formal D.C. Superior Court Criminal Case F-00041-05, issue upon the United States Attorney for the District of Columbia forthwith.

This being the 30th day of August 2005, A.D.

_Adrian Williams-El_
Adrian Williams-El, Pro Se Petitioner
Federal No. 97648-131/D.C.D.C. # 162-518
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., EIB-20
Washington, D.C., 20003

### Certificate of Service

This is to certify, verify that a true and correct copy of the

(4)

foregoing was mailed postage pre paid to: United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C., 20001; this 30th day of August 2005, A.D., and Michael Stover, General Counsel, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this 30th day of August 2005, A.D., Warden Fred E. Figueroa, Warden/Custodian, C.C.A. (D.C.) C.T.F., 1901 "E" Street, S.E., Washington, D.C., 20003; this 30th day of August 2005, A.D.

                         _Adrian Williams-El_
                         Adrian Williams-El, Pro Se - Petitioner
                         Federal No. 97648-131/D.C.D.C. #162-518
                         C.C.A. (D.C.) C.T.F.
                         1901 "E" Street, S.E., E1B-20
                         Washington, D.C., 20003.