United States District Court
For The District of Columbia

Adrian Williams-El, Pro Se- Petitioner
(Federal No. 97648-131/D.C.D.C. # 162-518

Civil Action No. 1:05-CV-
1387

v.

Michael Gaines, Chairman, Et Al.,
United States Parole Commission,

                    Respondents.

## Order

It Is This ____ Day of _____ 2005, A.D.,
So Ordered: That Said Detainer By Respondents Lodged
Against This Petitioner Is Ordered Squashed, And The Writ
Of Habeas Corpus Filed By Petitioner Is Granted.

It Is Further Ordered That The United States Attorney For
The District of Columbia Is Ordered Forthwith To Return
All Of Petitioners Personal Property And Monatary Funds

(1)

from Formal @.C. Superior Court Criminal Case F-00041-05.
Be Returned To Petitioner Right Now.

The United States Marshals Shall Proceed To The Location Where Petitioner Is Currently Illegally Detained And Free Him Forthwith And Meet The United States Attorney For The District of Columbia To Receive And Turn Over To This Petitioner All of Said Personal Property And Monitary Funds from Formal @.C. Superior Court Criminal Case F-00041-05 Right Now.

Emmet G. Sullivan, United States District Court Judge

(2)