# United States District Court
# For The District Of Columbia

Adrian Williams El, Pro Se-Petitioner
D.C.D.C. # 162-518
Federal No. 97648-131
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003,

Civil Action No.
1:05-CV-1387
The Honorable Judge:
Emmet G. Sullivan

v.

Michael J. Gaines, Et Al., Chairman,
Edward F. Reilly, Jr., Et Al., Commissioner,
Cranson J. Mitchell, Et Al., Commissioner,
John Simpson, Et Al., Commissioner,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815, Respondents;

And,

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E.
Washington, D.C., 20003, Respondent.

K) White Gold + Dimond Audemars Piguet Watch, valued $5,400.

L) Three iPod's + headphone sets, valued $349.50 ea. headsets $65.00 ea.

m) Two Carton's of Kool regular's, valued $35.00 per Carton.

N) Four Leather Book Bags by Eddie Bauer (3-black) $147.50 ea. and 1 Leather Book by Jeep, valued $78.00.

o) 1-Caret Dimond Ear-Ring, valued $4,000 ("yellow Dimond").

p) A Dimond Wrist Symbol-Ying-look for my-Yang, valued $3,500

q) Four Books by Lane, $23.50 ea. (hard-backs)

R) 2-pair And-1 Tennis Shoes, $165.00 ea. (size 11)

s) 11 CDs of Ghostface, $12.00 ea.

T) 7 Sweatsuits by Troop, valued $185.00 each.

U) 2-Pair Black Tim's, size 11, valued $135.00 ea.

V) 12-CD's of Scarface, $16.00 ea.
10-CD's of Lil Kim, $12.50 ea.
15-CD's of 2Pac, $15.00 ea.
4-CD's of 50 Cent, $14.75 ea.
11-CD's of Jay-Z, $16.75 ea.

DVD-Boat Trip
DVD-Bad Bizness
DVD-Belly
DVD-Blue Hill Avenue

Based upon these facts and the facts presented throughout these litigations, the relief sought here and hereto by this petitioner is legally and constitutionally valid.

See Also Tjersma V. Henderson, 401 N.Y.S. 2d 666, 60 A.D. 2d 1001, Aff'd, 380 N.E. 2d 164, 44 2d 982, 408 N.Y.S. 2d 332; Hernandez V. Hammock, 406 N.Y.S. 2d 210, 63 A.D. 861.

See United States ex rel. Sims V. Sielaff, 563 F. 2d 821.

People ex rel. Alexander V. LeFevre, 3 Dept. 498 N.Y.S. 2d 485, 116 A.D. 2d 869

Wherefore, petitioner is detained illegally and unconstitutionally by these Respondents, and therefore entitled to the relief pursuant to 28 U.S.C.A. § 2243 et seq.

Whereas, under D.C. Code § 33-552, D.C. Code §§ 4-153 *et seq.* (1998-1999) is exempt from (forfeiture).

Petitioner has always maintained ownership of is illegally seized "personal property" and "monitary property" throughout the Criminal proceedings in formal (D.C. Superior Court Criminal Case F-00041-05. See Also United States V. Golden, 115 Wash. D.L. Rptr. 733 (D.C. Super. Ct. Apr. 13, 1987)(von Kann, J.).

Lack of Notice

Here, petitioner was never provided any forfeiture notice, nor any other Notice since his origional illegal arrest and seizure on 1/1/05. Thus, the government violation is, a violation of petitioners (Due Process Rights under the Fifth Amendment of the United States Federal Constitution. See Seguin V. Eide, 720 F. 2d 1046 (9th Cir. 1983); Wiren, 542 F. 2d 757; Glup V. United States, 523 F. 2d 557 (8th Cir. 1975); Menkarell V. Bureau of Narcotics, 463 F. 2d 88 (3d Cir. 1972); Jaekel, 304 F. Supp. at 999;

Peralta, 485 U.S. at 84-87.

Whereby, the Property Clerk whom may have obtained petitioners personal property and monitary property from the MPD Property Clerk under D.C. Code §§ 4-153 et seq. (1998-1999)( lost, abandoned, and stolen property), or wherever said government agency hid petitioners personal property and monitary property from formal (D.C. Superior Court Criminal Case F-00041-05 is obligated to return it forthwith or compensate petitioner for it's lost. See (D.C. Code § 4-157(A). See Also (D.C. Code § 4-158.

Wherefore, petitioner has always maintained his ownership of the illegally seized personal property and monitary property as listed herein, and thus the government must forthwith return it to petitioner or reimburst him monitarily forthwith.

Wherefore, petitioner prays that his motion here be granted forthwith.

This being the 19th day of September 2005, A.D.

Adrian Williams-el

Adrian Williams-el, Pro Se - Petitioner
D.C.D.C.# 162-518
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.

Certificate Of Service

I hereby certify, verify that a true and correct copy of petitioners Motion for Summary Judgment And Order retrieving petitioners personal property and monitary property was mailed to the: United States Attorney Office, 555 Fourth Street, N.W., Washington, D.C., 20001; this 19th day of September 2005, A.D., Michael Stover, General Counsel, United States Parole Commission, 5550 Friendship Blvd., Chevy Chase, Maryland, 20815; this 19th day of September 2005; A.D., Warden Fred E. Figueroa,

Custodian, Warden C.C.A. (D.C.) C.T.F., 1901 "E" Street, S.E., Washington, D.C., 20003; this 19th day of September 2005, A.D.

Adrian Williams-el

Adrian Williams-el, Pro Se-Petitioner
D.C.D.C. # 162-518
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003.

United States District Court
for The District of Columbia

Adrian Williams-El, Pro Se - Petitioner,
D.C.D.C.# 162-518
Federal No. 97648-131

v.

Michael J. Gaines, Et Al., Chairman,
United States Parole Commission.

Respondents;

And

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C.) C.T.F.

Respondent.

Civil Action No.
1:05-CV-1387
The Honorable Judge
Emmet G. Sullivan

Orders

It Is This ___ Day of _______________ 2005, A.D.,
So Ordered: That The United States Attorney For The District of Columbia Is Hereby Ordered To Return This Day All of Petitioners Personal Property And Monitary Property Forthwith From Formal D.C. Superior Court Criminal Case F-00041-05.

Any Portions Of Said Personal Property And Monitary Property Missing The Government Is Ordered Forthwith To Return It And Or Reimburst Petitioner.

The Motion This Petitioner Has Presented Is Granted.

---

United States District Court Judge Emmet G. Sullivan



RECEIVED