UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ADRIAN WILLIAMS-EL,** | : | Civil Action No. 05-1387 (EGS) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. GAINES, CHAIRMAN** | : | |
| **U.S. PAROLE COMMISSION, et. al.,** | : | |
| Respondents | : | |

## ORDER

Upon consideration of the United States' motion for an enlargement of time within which to file a response to petitioner's petitions for writ of habeas corpus, and good cause having been shown, it is hereby ORDERED:

The United States shall have until November 10, 2005, within which to file its response to the petitioner's petitions for writ of habeas corpus.

SO ORDERED.

_____
Emmet G. Sullivan
U.S. District Court Judge

Date:

Copies to:

Adrian Williams-El
D.C.D.C. # 162-518
Fed. Reg. No. 97648-131
Correctional Treatment Facility
1901 E Street, S.E.
E1B-20
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
555 4th Street, N.W., Room 10-450
Special Proceedings Section
Washington, D.C.  20530