Adrian Williams-El V. Michael J. Gaines, Et Al., Chairman

Civil Action No. 1:05-CV-1387

Exhibit (B)

U.S. Department of Justice          RECEIVED 10/19/05        Notice of Action
United States Parole Commission
5550 Friendship Boulevard           PAROLE DIVISION
Chevy Chase, Maryland 20815-7201

---

Name: WILLIAMS, Adrian                       Institution: D.C. CTF
Register Number: 97648-131
DCDC No: 162-518                              Date:    October 18, 2005

In the case of the above-named, the following action was ordered:

Hold in custody pending the continued local revocation hearing as ordered in Notice of Action dated October 11, 2005.

**REASONS**:

The Commission has considered information regarding your current medical condition that was submitted by your attorney but does not find that it is compelling enough to warrant your release pending the continued hearing.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     D.C. Federal Billing Unit
        D.C. Department of Corrections
        Washington, D.C. 20003


        U.S. Marshals Service
        District of Columbia - District Court
        333 Constitution Ave, N.W., Room 1400
        Washington, D.C. 20001
        Warrants - Attn: Sean McLeod


        Vita Johnson
        Public Defender Service
        District of Columbia
        Special Proceedings Division
        633 Indiana Avenue, N.W.

---

Williams 97648-131                            -1-                         Clerk:  ADC
Queued: 10-18-2005 15:23:25 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit VII-Team 4, 25 K Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |