United States District Court
For The District of Columbia

Adrian Williams-El, Pro Se - Petitioner,
D.C.D.C. # 162-518
Federal No. 97648-131
C.C.A. (D.C) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003,

Civil Action No.
1:05-CV-1387
The Honorable Judge
Emmet G. Sullivan

v.

Michael J. Gaines, Et Al., Chairman,
Edward F. Reilly, Jr., Et Al., Commissioner,
Cranson J. Mitchell, Et Al., Commissioner,
John Simpson, Et Al., Commissioner,
United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland, 20815, Respondents,

And,

Warden Fred E. Figueroa, Custodian,
Warden C.C.A. (D.C) C.T.F.
1901 "E" Street, S.E.
Washington, D.C., 20003, Respondent.

Notice of Filing

(1)

A.) This is a notification of modification to admit Federal Rules Civil Procedures 2, 5, 7, 7.1, 11, 64, 69, 70 to petitioners Motion: The Solicitation of Knowingly Perjured Testimony to Revoke Petitioners Parole Makes Respondents, United States Parole Commission and their Agents guilty of Subornation of Perjury: See 18 U.S.C.A. § 1621. See Also United States v. Gross, (N.J.), 1975, 511 F. 2d 910. Certiorari denied, 96 S. Ct. 266, 423 U.S. 924, 46 L. Ed. 2d 249. See Also 28 U.S.C.A. § 2243 (1971 Amendment, Fed. R. Civ. Proc. 81).

B.) That this Honorable Court is hereby authorized to direct, order the United States Marshal Service to arrest "any" and "all" members of the United States Parole Commission and their Agents, responsible for electing to take a ("second") bite of the apple regarding seeking a ("second") "Revocation of Parole hearing" on November 9th 2005, A.D., to further solicitate and promote more perjured testimony from the formal "Arresting Metropolitan Police Officer" from formal (D.C. Superior Court Criminal Felony Case F-00041-05

(2)

Which constitutes "Subornation of perjury" in violation of 18 U.S.C.A. § 1621 et seq. See United States v. Gross, (N.J.), 1975, 511 F.2d 910, Certiorari denied, 96 S.Ct. 266, 423 U.S. 924, 46 L.Ed. 2d 249. See Also Hamdi v. Rumsfeld, 124 S.Ct. 2633 (2004).

C.) Motion to Forthwith Execute Relief to Petitioner Pursuant to 28 U.S.C.A. § 2243 within three days of this petition being filed before this Honorable Court. See 28 U.S.C.A. § 2243 (1971 Amendment, Federal Rules of Civil Procedure 81,) et seq. See Also 28 U.S.C.A. § 2241(A). See Manet v. Martin, 1981, 550 F.Supp. 1, Compagna v. Hiatt, 1951, 100 F.Supp. 74; Watson v. Federal Parole Bd., 1974, 394 F.Supp. 1291.

Respectfully Submitted,

Adrian Williams-El
Adrian Williams-El, Pro Se Petitioner
D.C.D.C. # 162-518
Federal No. 97648-131
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003

This being the 31 day of October, 2005, A.D.

Adrian Williams-El
Adrian Williams-El, Pro Se Petitioner
D.C.D.C. # 162-518
Federal No. 97648-131

(3)