UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ADRIAN WILLIAMS-EL,** | : | Civil Action No. 05-1387 (EGS) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. GAINES, CHAIRMAN** | : | |
| **U.S. PAROLE COMMISSION, et. al.,** | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Petitioner's Petitions for a Writ of Habeas Corpus, the U.S. Parole Commission's Opposition to the Petitioner's Petitions for a Writ of Habeas Corpus, and for the reasons stated in the U.S. Parole Commission's Opposition, it is hereby

ORDERED that the show cause order as to the federal respondents is discharged, and that Petitioner's Petitions for a Writ of Habeas Corpus are DENIED.

SO ORDERED.

_____
Emmet G. Sullivan
U.S. District Court Judge

Date:

Copies to:

Adrian Williams-El
DCDC # 162-518
Fed. Reg. No. 97648-131
Correctional Treatment Facility
1901 E. Street, S.E.
E1B-20
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
555 4th Street, N.W., Room 10-450
Special Proceedings Section
Washington, D.C.  20530