# **EXHIBIT A**

**United States District Court**
District of Columbia

97648

United States of America vs.

**DEFENDANT**: ADRIAN I. AMS
162-518 Lorton

**DOCKET NO.**: Criminal 74-603

## JUDGMENT AND PROBATION/COMMITMENT ORDER  AO 245 16/1

**COUNSEL**: In the presence of the attorney for the government the defendant appeared in person on this date — **MONTH** February **DAY** 28, **YEAR** 1975

[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL — Theodore Christensen, Esquire
(Name of counsel)

**PLEA**: [X] GUILTY, and the court being satisfied that there is a factual basis for the plea,  [ ] NOLO CONTENDERE,  [ ] NOT GUILTY

**FINDING & JUDGMENT**: There being a finding/verdict of  [ ] NOT GUILTY. Defendant is discharged  [ ] GUILTY.

FILED
Feb 28, 1975
JAMES F. DAVEY
CLERK

Defendant has been convicted as charged of the offense(s) of

**BANK ROBBERY, (Indictment)**
**(Violation Title 18, U.S. Code, Section 2113(a))**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of —

**SENTENCE OR PROBATION ORDER**:
THREE (3) YEARS to NINE (9) YEARS; said sentence to run concurrently with the sentence imposed in Criminal 74-602 but consecutively to any other sentence heretofore imposed and not yet served.

**EXHIBIT A**

**SPECIAL CONDITIONS OF PROBATION**:

**ADDITIONAL CONDITIONS OF PROBATION**: In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMEN- DATION**: The court orders commitment to the custody of the Attorney General and recommends,

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

CERTIFIED AS A TRUE COPY ON
THIS DATE Mar 3, 1975
BY Margaret [signature]
( ) CLERK

**SIGNED BY**:
[X] U.S. District Judge
[ ] U.S. Magistrate

WILLIAM B. JONES                Date

United States District Court
District of Columbia

97648

| | |
|---|---|
| DEFENDANT | [redacted] |
| DOCKET NO. | Criminal 74-602 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER AO 245 16/7-

**COUNSEL**

In the presence of the attorney for the government the defendant appeared in person on this date → MONTH DAY YEAR **February 28, 1975**

[ ] WITHOUT COUNSEL — However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL **Theodore Christensen, Esquire**
(Name of counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,
[ ] NOLO CONTENDERE,
[ ] NOT GUILTY

FILED
Feb. 28, 1975
JAMES F. DAVEY
CLERK

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.

**FINDING & JUDGMENT**

Defendant has been convicted as charged of the offense(s) of

**INTERSTATE TRANSPORTATION OF STOLEN MOTOR VEHICLE, Count 4 (Violation Title 18 U.S. Code, Section 2312)**

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

**ONE (1) YEAR to THREE (3) YEARS; said sentence to run concurrently with the sentence imposed in Criminal 74-603 but consecutively to any other sentence heretofore imposed and not yet served.**

**The remaining counts are hereby dismissed.**

**SPECIAL CONDITIONS OF PROBATION**

EXHIBIT A

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends,

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

CERTIFIED AS A TRUE COPY ON
THIS DATE Mar 3, 1975
BY Margaret Whitman
( ) CLERK

**SIGNED BY**
[X] U.S. District Judge
[ ] U.S. Magistrate

**WILLIAM B. JONES**    Date