# **EXHIBIT B**

EASTERN DIV. OF VIRGINIA-Alexandria

DEFENDANT: ADRIAN CHRISTOPHER WILLIAMS

DOCKET NO. ▶ CR. 56-75-A

## JUDGMENT AND PROBATION/COMMITMENT ORDER   AO-245

In the presence of the attorney for the government the defendant appeared in person on this date —

| MONTH | DAY | YEAR |
|---|---|---|
| 04 | 04 | 75 |

**COUNSEL**

[ ] WITHOUT COUNSEL  However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

97648-131

[x] WITH COUNSEL  Stephen Elliott Snee, Esq.
(Name of counsel)

The court has adjudged on **03-05-75** (date), that, the defendant having pleaded

**PLEA, FINDING, JUDGMENT**

[x] GUILTY, and the court being satisfied that    [ ] NOLO CONTENDERE, there is a factual basis for the plea,

[ ] NOT GUILTY

and there being a finding/verdict of guilty

Defendant has been convicted as charged **in the indictment.**

of the offense(s) of **Bank Larceny T18 USC 2113 (b) ct. 1.**

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: **the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of ten (10) years pursuant to T18 USC 4208 (a) (2). Said sentence of imprisonment to begin at the expiration of any sentence heretofore imposed.**

**SPECIAL CONDITIONS OF PROBATION**

**Greater offense in count 1 and count 2 were dismissed upon motion of the U. S. Attorney.**

INSTRUCTIONS
If sentence is imposed: Enter: (1) sentence or sentences specifying counts if any, (2) whether sentences run concurrently or consecutively and, if consecutively, when each term is to begin with reference to termination of preceding term or to any outstanding or unserved sentence, (3) whether defendant is to be further imprisoned until payment of fine or fines and cost or until he is otherwise discharged provided by law.
If execution of sentence is suspended enter (in addition to Items 1 thru 3 above) the facts regarding the suspension or the sentence(s) and the period of probation.
If imposition is suspended and probation ordered enter the following: "The imposition of sentence is hereby suspended and the defendant is placed on probation for a period of ( ) years from this date. If more space is needed continue on a blank sheet. Where probation is ordered probationer must be instructed as to its conditions.

**GENERAL CONDITIONS OF PROBATION**

Where probation has been ordered the defendant shall, during the period of probation, conduct himself as a law-abiding, industrious citizen and observe all conditions of probation prescribed by the court, TO THE DEFENDANT — You shall:
(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes);
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any change in your place of residence;
(6) follow the probation officer's instructions and report as directed.
The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT**

The court orders commitment to the custody of the Attorney General and recommends: **commitment to the Federal Correctional Institution, Ft. Worth, Texas**

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

| Commitment Order | 04-04-75 |
|---|---|
| | (date) |

| Probation Order | |
|---|---|
| | (date) |

SIGNED BY
[x] U.S. District Judge
[ ] U.S. Magistrate

CLERK ▶ **W. FARLEY POWERS, JR.**

CERTIFIED AS A TRUE COPY ON

THIS DATE **04-04-75**

BY _____  [ ] CLERK
Page ___ of ___   [x] DEPUTY
COPY 5

EXHIBIT
B