**EXHIBIT E**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

16 2518
Writ

United States of America
District of Columbia

vs.

Oliver C. Williams

Case No. F-2645-83
PDID No. 232-241

Probation Revoked

### JUDGMENT AND COMMITMENT/~~PROBATION ORDER~~

The above-named defendant having entered a ~~plea of~~ ☐ Not Guilty ☒ Guilty to the Charge(s) of __II - Attempted Robbery__

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Not less than 1 year; Nor more than 3 years; Credit is to be given for time served._

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

**EXHIBIT**

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

March 23rd 1993
Date

Ricardo M. Urbina
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

March 23rd 1993