**EXHIBIT F**

```
5H      PAR4I   540*23  *       SENTENCE MONITORING        *       10-25-2005
PAGE 001                *       COMPUTATION DATA           *       10:57:39
                                AS OF 12-15-2003

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


FBI NO............: 310535G              DATE OF BIRTH:
ARS1..............: PHL/EXP W/GT
UNIT..............:                      QUARTERS.....:
DETAINERS.........: NO                   NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-15-2003 VIA EXP W/GT

-------------------------PRIOR JUDGMENT/WARRANT NO: 090 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: CR-56-75, 74-602
JUDGE...........................: VON KANN
DATE SENTENCED/PROBATION IMPOSED: 09-16-1992
DATE WARRANT ISSUED.............: 08-02-2001
DATE WARRANT EXECUTED...........: 07-19-2003
DATE COMMITTED..................: 09-20-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO   SERVICES:  NO       AMOUNT: $00.00

 REMARKS.......: COMPUTATION INCLUDES CASES 74-603, F2665-83, AND F2118-91

-------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  551
OFF/CHG: 18 USC 2113(B), BANK LARCENY, BANK ROBBERY, UNLAWFUL ENTRY,
         ATTEMPTED BURGLARY

SENTENCE PROCEDURE..............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.:    23 YEARS    12 MONTHS    200 DAYS
NEW SENTENCE IMPOSED............:    179 DAYS
BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE.................: 07-28-1974




G0002        MORE PAGES TO FOLLOW . . .
```


EXHIBIT F

```
5H    PAR4I  540*23 *        SENTENCE MONITORING          *    10-25-2005
PAGE 002         *           COMPUTATION DATA             *    10:57:39
                             AS OF 12-15-2003
```

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C

---------------------------PRIOR COMPUTATION NO: 050 --------------------------

COMPUTATION 050 WAS LAST UPDATED ON 12-15-2003 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 050:   090 010

```
DATE COMPUTATION BEGAN..........: 07-19-2003
TOTAL TERM IN EFFECT............:    179 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      5 MONTHS      26 DAYS
EARLIEST DATE OF OFFENSE........: 07-28-1974

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 5
TOTAL SGT POSSIBLE..............: 29
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-15-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 01-13-2004

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 12-15-2003
ACTUAL SATISFACTION METHOD......: EXP W/GT
ACTUAL SATISFACTION FACILITY....: PHL
ACTUAL SATISFACTION KEYED BY....: EB

DAYS REMAINING..................: 29
FINAL PUBLIC LAW DAYS...........: 0
```

REMARKS.......: WAITING USPC NOA.


G0002          MORE PAGES TO FOLLOW . . .

```
5H    PAR4I  540*23  *       SENTENCE MONITORING          *    10-25-2005
PAGE 003          *          COMPUTATION DATA             *    10:57:39
                             AS OF 07-19-2003
```

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C

```
FBI NO...........:                     DATE OF BIRTH:
ARS1.............: PHL/EXP W/GT
UNIT.............:                     QUARTERS.....:
DETAINERS........: YES                 NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-19-2003 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 080 ------------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F2839-01
JUDGE...........................: KRAMER
DATE SENTENCED/PROBATION IMPOSED: 09-26-2001
DATE COMMITTED..................: 11-19-2001
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00
```

---------------------------PRIOR OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....: 605
OFF/CHG: ATTEMPTED SECOND DEGREE BURGLARY IN VIOLATION OF D.C. CODE
         22-1801(B)

```
SENTENCE PROCEDURE..............: DC SRAA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:     30 MONTHS
TERM OF SUPERVISION.............:     3 YEARS
DATE OF OFFENSE.................: 05-05-2001
```

REMARKS.......: COMPUTATION COMPUTED BY THE D.C. RECORDS CENTER (DCRC).




G0002        MORE PAGES TO FOLLOW . . .

```
5H      PAR4I   540*23  *       SENTENCE MONITORING          *    10-25-2005
PAGE 004           *            COMPUTATION DATA             *    10:57:39
                                AS OF 07-19-2003

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


------------------------PRIOR COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 07-11-2003 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   080 020

DATE COMPUTATION BEGAN..........: 09-26-2001
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 05-05-2001

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     05-09-2001    09-25-2001

TOTAL PRIOR CREDIT TIME.........: 140
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 110
TOTAL GCT EARNED................: 110
STATUTORY RELEASE DATE PROJECTED: 07-19-2003
SIX MONTH /10% DATE.............: 05-01-2003
EXPIRATION FULL TERM DATE.......: 11-06-2003


ACTUAL SATISFACTION DATE........: 07-19-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: FAI
ACTUAL SATISFACTION KEYED BY....: BAR

DAYS REMAINING..................: 110
FINAL PUBLIC LAW DAYS...........: 0

              COMP RE-CERTIFIED BY DC RECORDS CENTER ON 07-11-2003




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H    PAR4I  540*23 *        SENTENCE MONITORING        *    10-25-2005
PAGE 005         *            COMPUTATION DATA          *    10:57:39
                              AS OF 07-19-2003
```

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C

------------------------------ PRIOR DETAINERS: ------------------------------

```
DETAINER NO..: 001
DATE LODGED..: 06-24-2002
AGENCY.......: PAROLE COMMISSION
CHARGES......: PAROLE VIOLATION W/1239 DRS
DATE RELEASED: 07-19-2003
```

G0002       MORE PAGES TO FOLLOW . . .

```
5H      PAR4I  540*23 *        SENTENCE MONITORING              *      10-25-2005
PAGE 006         *              COMPUTATION DATA                *       10:57:39
                                AS OF 02-06-2001

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C

FBI NO...........: 310535G              DATE OF BIRTH:
ARS1.............: PHL/EXP W/GT
UNIT.............:                       QUARTERS.....:
DETAINERS........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   02-06-2001 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 070 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: NOT OFFICIAL
JUDGE...........................: NOT OFFICIAL
DATE SENTENCED/PROBATION IMPOSED: 09-16-1992
DATE WARRANT ISSUED.............: 02-02-1999
DATE WARRANT EXECUTED...........: 02-02-1999
DATE COMMITTED..................: 08-24-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  695
OFF/CHG: NOT OFFICIAL.

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:     9 YEARS
  NEW SENTENCE IMPOSED...........:   936 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 04-10-1987

  REMARKS.......: NOT AN OFFICIAL COMPUTATION - TRANSPOSED FROM D.C. FACE SHEET.
                  SENTENCE MUST BE RE-COMPUTED UPON ARRIVAL AT BOP FACILITY.




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I  540*23  *        SENTENCE MONITORING       *      10-25-2005
PAGE 007               *        COMPUTATION DATA          *      10:57:39
                                AS OF 02-06-2001

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


---------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 11-19-2001 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    070 010

DATE COMPUTATION BEGAN..........: 02-02-1999
TOTAL TERM IN EFFECT............: 936 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS        6 MONTHS       24 DAYS
EARLIEST DATE OF OFFENSE........: 04-10-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 184
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 02-22-2001
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 02-26-2001
EXPIRATION FULL TERM DATE.......: 08-25-2001

PAROLE EFFECTIVE................: 02-06-2001
PAROLE EFF VERIFICATION DATE....: 02-06-2001
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 02-06-2001
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: FAI
ACTUAL SATISFACTION KEYED BY....: DCR

DAYS REMAINING..................: 200
FINAL PUBLIC LAW DAYS...........: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I  540*23 *          SENTENCE MONITORING          *       10-25-2005
PAGE 008        *                COMPUTATION DATA             *       10:57:39
                                 AS OF 09-16-1993

REGNO..: 97648-131  NAME: WILLIAMS, ADRIAN C


FBI NO............:                    DATE OF BIRTH: ███████
ARS1..............: PHL/EXP W/GT
UNIT..............:                    QUARTERS.....:
DETAINERS.........: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-16-1993 VIA DC RETURN

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION............: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER....................: 56-75-A,74-602,74
JUDGE............................: JONES
DATE SENTENCED/PROBATION IMPOSED: 02-28-1975
DATE WARRANT ISSUED..............: 05-14-1991
DATE WARRANT EXECUTED............: 03-11-1992
DATE COMMITTED...................: 09-30-1992
HOW COMMITTED....................: RETURN OF MAND RELEASE VIOL
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  551
OFF/CHG: 18 USC 2113(B) BANK LARCENY; 22 DCC 1801 UNLAWFUL ENTRY;
         BURGLARY

 SENTENCE PROCEDURE..............: 4205(B)(2) IMMEDIATE PE
 SENTENCE IMPOSED/TIME TO SERVE.:    11 YEARS      19 DAYS
 NEW SENTENCE IMPOSED............:    808 DAYS
 BASIS FOR CHANGE................: MAND REL VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: N/A

------------------------PRIOR JUDGMENT/WARRANT NO: 050 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
5H   DOCKET NUMBER...............: F2118-91D,G
JUDGE............................: KANE
DATE SENTENCED/PROBATION IMPOSED: 09-16-1992
DATE WARRANT ISSUED..............: N/A




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H    PAR4I  540*23 *          SENTENCE MONITORING           *    10-25-2005
PAGE 009          *             COMPUTATION DATA             *    10:57:39
                                AS OF 09-16-1993

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 09-30-1992
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                   FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:    $00.00         $00.00          $00.00      $30.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  603
OFF/CHG: 22 DCC 2204- UNAUTHORIZED USE OF VEHICLE

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 MINIMUM TERM...................:    20 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONCURRENT
 DATE OF OFFENSE................: N/A

-------------------------PRIOR OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  694
OFF/CHG: 22 DCC 3103 DESTRUCTION OF PROPERTY- CT G

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: N/A

 REMARKS.......: AS TO COUNT 'D' 20 TO 60 MONTHS CONSECUTIVE TO COUNT 'G'.
                 AS TO COUNT 'G' 12 MONTHS CONSECUTIVE TO COUNT 'D'.
                 BOTH COUNTS 'D' AND 'G' CONCURRENT TO ANY OTHER SENTENCE.

-------------------------PRIOR JUDGMENT/WARRANT NO: 060 --------------------
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
5H  DOCKET NUMBER...................: F2665-083
JUDGE...........................: URBINA




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I   540*23 *         SENTENCE MONITORING         *      10-25-2005
PAGE 010        *                COMPUTATION DATA            *      10:57:39
                                 AS OF 09-16-1993

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


DATE SENTENCED/PROBATION IMPOSED: 03-23-1993
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 05-18-1993
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  644
OFF/CHG: 22 DCC 2901 ATTEMPTED ROBBERY

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:      3 YEARS
 MINIMUM TERM...................:      1 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: N/A

------------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-28-1993 AT PET AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    040 010, 050 010, 050 020, 060 010




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H     PAR4I   540*23 *          SENTENCE MONITORING              *      10-25-2005
PAGE 011          *              COMPUTATION DATA                 *      10:57:39
                                 AS OF 09-16-1993

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


DATE COMPUTATION BEGAN...........: 03-11-1992
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT.............:    3 YEARS    2380 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS       6 MONTHS       4 DAYS
AGGREGATED MINIMUM TERM..........:    1 YEARS      24 MONTHS

JAIL CREDIT......................: FROM DATE     THRU DATE
                                   03-10-1992    03-10-1992

TOTAL JAIL CREDIT TIME...........: 1
TOTAL INOPERATIVE TIME...........: 0
STATUTORY GOOD TIME RATE.........: 10
TOTAL SGT POSSIBLE...............: 1141
PAROLE ELIGIBILITY...............: 03-10-1995
STATUTORY RELEASE DATE...........: 07-30-1998
TWO THIRDS DATE..................: NOT ELIGIBLE
180 DAY DATE.....................: 03-17-2001
EXPIRATION FULL TERM DATE........: 09-13-2001

NEXT PAROLE HEARING DATE.........: N/A
TYPE OF HEARING..................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE.........: 09-16-1993
ACTUAL SATISFACTION METHOD.......: DC RETURN
ACTUAL SATISFACTION FACILITY.....: PET
ACTUAL SATISFACTION KEYED BY.....: MJP

DAYS REMAINING...................: 2919
FINAL PUBLIC LAW DAYS............: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I   540*23  *           SENTENCE MONITORING              *        10-25-2005
PAGE 012                *             COMPUTATION DATA               *          10:57:39
                                       AS OF 06-15-1990

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


FBI NO............: 310535G            DATE OF BIRTH: ███████
ARS1..............: PHL/EXP W/GT
UNIT..............:                    QUARTERS.....:
DETAINERS.........: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-15-1990 VIA MAND REL

REMARKS.........: USMS FCAC 100 DAYS CONS.

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER....................: CR-56-75-A,74-602,74
JUDGE............................: JONES
DATE SENTENCED/PROBATION IMPOSED: 02-28-1975
DATE WARRANT ISSUED..............: 05-12-1983
DATE WARRANT EXECUTED............: 10-28-1983
DATE COMMITTED...................: 03-31-1985
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 551
OFF/CHG: BANK LARCENY, 18 USC 2113(B)

  SENTENCE PROCEDURE..............: 4205(B)(2) IMMEDIATE PE
  SENTENCE IMPOSED/TIME TO SERVE.:    19 YEARS
  NEW SENTENCE IMPOSED...........:  3937 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2665-83,P,R,S
5H      JUDGE....................: URBINA
DATE SENTENCED/PROBATION IMPOSED: 01-11-1985
DATE WARRANT ISSUED..............: N/A



G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I  540*23 *          SENTENCE MONITORING         *      10-25-2005
PAGE 013           *             COMPUTATION DATA            *      10:57:39
                                 AS OF 06-15-1990

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-13-1985
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 605
OFF/CHG: UNLAWFUL ENTRY- DC CODE ADULT

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    6 MONTHS
 NEW SENTENCE IMPOSED...........:    100 DAYS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER...: CC
 DATE OF OFFENSE................: N/A

---------------------------PRIOR OBLIGATION NO: 030 -------------------------
OFFENSE CODE....: 605
OFF/CHG: UNLAWFUL ENTRY- DC CODE ADULT

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    6 MONTHS
 NEW SENTENCE IMPOSED...........:    100 DAYS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER...: CC
 DATE OF OFFENSE................: N/A

---------------------------PRIOR JUDGMENT/WARRANT NO: 030 -------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F 2665-83M
JUDGE...........................: URBINA
DATE SENTENCED/PROBATION IMPOSED: 05-17-1985
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A




5H
G0002       MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I   540*23 *        SENTENCE MONITORING        *       10-25-2005
PAGE 014           *             COMPUTATION DATA          *         10:57:39
                                 AS OF 06-15-1990

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


DATE COMMITTED...................: 05-17-1985
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 643
OFF/CHG: DC BURGLARY

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    1 YEARS

-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-07-1990 AT LOM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 020, 020 030, 030 010

DATE COMPUTATION BEGAN...........: 10-28-1983
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT.............: 4037 DAYS
TOTAL TERM IN EFFECT CONVERTED...:   11 YEARS        19 DAYS

JAIL CREDIT......................:  FROM DATE     THRU DATE
                                    05-06-1983    10-27-1983

INOPERATIVE TIME.........: REASON  FROM DATE     THRU DATE
                           ESCAPE  03-28-1984    03-30-1984




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H     PAR4I   540*23 *        SENTENCE MONITORING           *    10-25-2005
PAGE 015 OF 015 *              COMPUTATION DATA              *    10:57:39
                               AS OF 06-15-1990

REGNO..: 97648-131 NAME: WILLIAMS, ADRIAN C


TOTAL JAIL CREDIT TIME..........: 175
TOTAL INOPERATIVE TIME..........: 3
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1326
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 10-09-1990
TWO THIRDS DATE.................: 09-20-1990
180 DAY DATE....................: 11-28-1993
EXPIRATION FULL TERM DATE.......: 05-27-1994

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 06-15-1990
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: LOM
ACTUAL SATISFACTION KEYED BY....: HNS

DAYS REMAINING..................: 1440
FINAL PUBLIC LAW DAYS...........: 2
```

INMATE WAS SENTENCED TO 28 YEARS ON DOCKET F-2665-83 P,R,S ON 01-11-85. SENTENCE WAS REVERSED AND RESENTENCED TO 100 DAYS ON 12-21-89 ON DOCKET F-2665-83 T,U,V. COUNT P WAS ORIGINALLY FOR A TERM OF 27 YEARS AND WAS VACATED ON NEW DOCKET. CTS. R & S WERE FOR 6 MOS. & CHANGED TO 100 DAYS ON NEW DOCKET.

S0039      ALL CURRENT COMPS ARE SATISFIED