**EXHIBIT G**

Attn Mohammad Chaoghari
202-585-7317

From John Irving
USAO-DC
202-801-6867

DISTRICT OF COLUMBIA SUPERIOR COURT
OFFICE OF THE UNITED STATES ATTORNEY

UNITED STATES

vs

Adrian C. Williams
Case Number F-2839-01

On May 9, 2001, at approximately 11:50 a.m., Metropolitan Police Department Officers responded to an apartment building at 4201 Massachusetts Avenue, N.W., Washington, D.C., after they received a radio call for a burglary. Witnesses on the scene told the officers that a man who had tried to enter an apartment while carrying a black bag was sitting at a bus stop across Massachusetts Avenue. The officers brought that person, who they later identified as Adrian Christopher Williams (PDID 232-341), back to the front of the apartment building at 4201 Massachusetts Avenue, NW, where witnesses confirmed that he was the same person who had been seen trying to enter an apartment.

As the police officers were conducting the identification procedure, other witnesses approached the officers and told them that they recognized the defendant as the person who had entered their apartment on May 5, 2001, at approximately 3:20 a.m. The witnesses told the police officers that the defendant opened the door to their apartment wearing gloves. There was a black bag near the defendant's feet. When one of the witnesses screamed, another came to the door and asked the defendant what he was doing. The defendant stepped into the apartment, told the witnesses to calm down, and asked for some toilet paper. One of the witnesses handed the defendant a roll of toilet paper. The defendant then left.

**EXHIBIT 6**

The events described above occurred in the District of Columbia.

Subscribed and sworn before me this  10  day of  May  2001.

William Belton    4272    2D
Police Officer    Badge    District    Deputy Clerk

TOTAL P.01