# **EXHIBIT H**

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
United States Parole Commission

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Williams, Adrian Christopher, Reg. No. 97648-131, (DCDC No. 162-518), PDID No. 232-341 was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 1,239 days (PV Term) for the crimes of Interstate Transportation of a Stolen Motor Vehicle, Bank Robbery, Unauthorized Use of a Vehicle, Destruction of Property and Attempted Robbery and was on February 6, 2001 released on mandatory release with good time credits from D.C.-Central Detention Facility with 502 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205 and 24-1231 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on August 2, 2001.

**EXHIBIT**

_____
U.S. Parole Commissioner