**EXHIBIT I**

| U.S. DEPARTMENT OF JUSTICE | WARRANT APPLICATION |
|---|---|
| UNITED STATES PAROLE COMMISSION | D.C. Offender |

Case Of ........................ Williams, Adrian C.
Reg. No ........................ 97648-131
DCDC No. ....................... 162-518
PDID No. ....................... 232-341
FBI No ......................... 310 535 G
Birth Date ..................... ▇▇▇▇▇▇
Race ........................... Black
Sentence Length ................ 1,239 days (PV Term)
Original Offense ............... Interstate Transportation of a Stolen Motor Vehicle, Bank Robbery, Unauthorized Use of a Vehicle,
............................... Destruction of Property and Attempted Robbery

Date ........................... August 2, 2001
Termination of Supervision Date .......... June 23, 2002
[If Conviction Offense Before April 11, 1987 and
Offender Is On Mandatory Release, Termination
Date Is 180 days Prior To Full Term]
Violation Date ................. May 5, 2001
Released ....................... February 6, 2001

You shall, unless you have been convicted of a new offense, be given a preliminary interview to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be appointed for you if you fill out and promptly return a request for representation to the interviewing officer.
If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole or mandatory release, you will not receive credit toward service of your sentence for time spent on parole/mandatory release.

CHARGES:

Charge No. 1 - Law Violation: A) Burglary I; B) Attempted Burglary. On or about 5/9/01, subject was arrested by the *Metropolitan Police Department (Washington, D.C.)* for the offense cited above in Count A. Police officers responded to an apartment building at *4201 Massachusetts Avenue, N.W., Washington, D.C.*, after receiving a radio call for a burglary. Witnesses told the officers that the individual who had tried to enter an apartment while carrying a black bag was sitting at a bus stop across the street. The officers brought the individual back to the front of the apartment building where the witnesses confirmed that he was the individual that had been seen trying to enter an apartment. The officers identified the individual as the subject (*Adrian Christopher Williams*). As the police officers were conducting the identification procedure, other witnesses approached the officers and indicated that they recognized the subject as the person who had entered their apartment on or about 5/5/01 at approximately 3:20 a.m. These witnesses told the officers that the subject opened the door to their apartment wearing gloves. When one of the witnesses screamed, another witness came to the door and asked the subject what he was doing. The subject stepped into the apartment, told the witnesses to calm down, and asked for some toilet paper. One of the witnesses gave the subject a roll of toilet paper and the subject left. Subject is being held in custody on the pending charge and is scheduled to appear in the *Superior Court of the District of Columbia* on 8/15/01 for a felony status conference in case #F-2839-01. Information contained in the criminal complaint dated 5/10/01. This charge is based on information contained in the letter dated 5/17/01 from CSO Rodney F. Barnes.
A) I ADMIT [ ] or DENY [ ] this charge.
B) I ADMIT [ ] or DENY [ ] this charge.

Preliminary Interview Is Required

Warrant Recommended By:

*Mary Jo Williams*

Warrant Issued...........................August 2, 2001    Mary Jo Williams, Case Analyst
                                                          U.S. Parole Commission,
Community Supervision Office Requesting Warrant..General Supervision Unit VII - Team 4 (New York Avenue)
( ) Commission    ( ) Inmate    ( ) Institution    ( ) CSOSA    ( ) Interviewing Officer    ( ) Chron

EXHIBIT
I

Adrian Christopher Williams
Warrant Application
Page 1 of 1