**EXHIBIT K**

 
U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: Williams, Adrian | Institution: Philadelphia FDC |
| Register Number: 97648-131 | |
| DCDC No: 162-518 | Date: December 12, 2003 |

In the case of the above-named, the following parole action was ordered:

Release forthwith from custody of the warrant dated August 2, 2001 and close case numbers F2665-83U, F2118-91D, G, 56-75A, 74-602, and 74-603. You are instructed to report immediately to the D.C. Court Services and Offender Supervision Agency, Data Management Group, 300 Indiana Avenue, Room 2149, Washington, DC, no later than 72 hours from your release from custody to commence service of the 3 year term of supervised release under case number F2839-01.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: U.S. Marshals Service
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 1400
Washington, D.C. 20001
Attn: Karen Brown

Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Mary Anna Portner
Data Management Group
300 Indiana Ave., Room 2149

EXHIBIT

Williams 97648-131 -1- Clerk: SJK/JXR
Queued: 12-12-2003 11:33:35 BOP-Philadelphia FDC | USM-District of Columbia - District Court, D.C. District Court |