**EXHIBIT L**

US PAROLE COMMISSION
JAN - 6 2005

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch*

### REPORT OF ALLEGED VIOLATION (S)

04 January 2005

TO:        United States Parole Commission
FROM:      Sonya Atkinson                          Unit:   GSU Team 41
           Community Supervision Officer           Telephone:(202) 442.1271
Client:    Adrian Williams                         FBI #:  310535G
DCDC #:    162 518                                 PDID #: 232 341

**Action Recommended: Revocation**

**Sentencing Information:**
The offender is a 52 year old male placed on supervised release from 12/12/2003 to 12/12/2006 after serving 2 years and three months incarceration in case F02839-01 when he was found guilty of Attempted Burglary.

**Violations:**

**Allegation #1 FAILED TO OBEY ALL LAWS,** Offender was rearrested 12/31/04 and charged with Burglary I While Armed.

**Case Summary:**
Adrian Williams was re-arrested on 12/31/04 and charged with Burglary I While Armed according to the accompanying MPD 163.

The re-arrest is this offender's first violation since beginning supervision 12/12/2003. The offender has complied with supervision by reporting for appointments with Community Supervision Officer, Sonya Atkinson, remained drug free as evidenced by SMART, participated with a job search assistance program with the Franklin School, and has secured a residence.

This offender has been moved to minimum supervision with documentation of a diagnosis of Congestive Heart Failure and Gout. This verification also recommended bed rest as part of his medical treatment.

Department of Corrections indicates the offender is currently being detained in D.C. Jail

**Recommendation:**
In light of this re-arrest and the lengthy criminal history dating back to 1974 according to WALES, this offender is viewed as a continued threat to the community. CSOSA recommends a parole revocation hearing.



*25 K Street, NE. Washington, DC 20001*
*Voice: (202) 442-1271 Fax: (202) 442-1394*

Court Services and Offender Supervision Agency                                                                 Page 2

Respectfully Submitted,

Signature: _____Sonya Atkinson_____                              _1-4-2005_
          Sonya Atkinson                                              Date
          Community Supervision Officer

Approved By:

Signature: _____Maurice C. Jones_____                            _1-4-05_
          Maurice C. Jones                                             Date
          Supervisory Community Supervision Officer

REVERSE CARBONS

| 55. EMPLOYMENT HISTORY (List present employment, if any, on Line 1) |||||||
|---|---|---|---|---|---|---|
| FROM | DATE TO | EMPLOYER | ADDRESS | | BUS. PHONE | OCCUPATION |
| 1. | | | | | | |
| 2. | | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) |||||
|---|---|---|---|---|
| RELATIONSHIP | DOB / AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| | | | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH / DATE (FROM - TO) | 58. TELEPHONE CALL MADE ☐Yes ☐No ☐Refused | 59. PHONE NUMBER |
|---|---|---|

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc., as indicated in Item 31).

THIS OFFENSE OCCURRED AT APPROXIMATELY ON 12-31-04 TO 1-1-04 2230HRS -0845HRS, P.S.A. 204. OFC. ALLEN WAS ASSIGNED TO CRS 2041.
ON 1-1-05 W-1 CONTACTED MPDC TO REPORT A BURGLARY AT HIS RESIDENCE. W-1 REPORTS THAT HIS LAPTOP COMPUTER WAS STOLEN WHILE LEFT UNATTENDED. W-1 STATES HE LAST SAW THE LAPTOP ON HIS DINING ROOM TABLE AT 2230 HOURS. W-1 THEN CONTACTED MPD.
ONCE ON THE SCENE OFFICER ALLEN WAS TOLD BY THE RECEPTIONIST THAT TWO PLACES WERE BURGLARIZED. IT WAS TOLD THAT #5005 WAS ALSO BURGLARIZED WHICH IS LOCATED DIRECTLY ABOVE 3005. A ▬▬▬▬▬▬ (W-2) LIVES AT 5005. W-2 STATED THAT SHE NOTICED HER DOOR WAS OPEN AND A BACK PACK LEANING AGAINST THE WALL. SHE CLOSED THE DOOR AND SHORTLY AFTER HEARD A KNOCK ON THE DOOR. A BLACK MALE SUBJECT WAS AT THE DOOR AND STATED "DON'T YOU WANT YOUR PAPER". THE SUBJECT NEVER ENTERED THE APARTMENT. ▬▬▬▬▬▬ (W-2) THEN CONTACTED THE FRONT DESK WITH THIS INFORMATION. WHEN INTERVIEWED SHE DESCRIBED THIS SUBJECT AS A BLACK MALE, 40'S, BLK PANTS, BLK LEATHER JACKET 3/4 LENGTH, BLK KNITTED CAP, SLENDER BUILD, DARK COMPLEXION.
THE RECEPTIONIST THEN CALLED UP TO 5005 AND SPOKE WITH OFC ALLEN, W-2 REPORTED THAT SHE CONFRONTED D-1 IN THE LOBBY AREA AND SHE REQUIRED HIM TO SIGN OUT. SHE GAVE A LAST KNOWN DIRECTION FOR D-1 WHICH WAS OUT OF THE APARTMENT COMPLEX TO THE LEFT. OFFICER ALLEN STOPPED THIS SUBJECT IN FRONT ON 4201 MASS AVE WHICH IS TO THE LEFT OF 4301 MASS AVE. OFFICER ALLEN OBSERVED THAT D-1 WAS CARRYING A BACKPACK AND SMALLER BAG OVER THE SHOULDER. OFFICER ALLEN CONDUCTED A PAT DOWN FOR WEAPONS AND OBSERVED A BLUE LAPTOP COMPUTER IN THE BAG THAT D-1 WAS CARRYING. D-1 WAS ALSO FOUND TO BE IN POSSESSION OF NUMEROUS WATCHES, COINS, A LARGE KNIFE, SCREWDRIVER, BLK LEATHER GLOVES AND ASSORTED KEYS.

**1. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his / her whereabouts at the time of offense? (Use PD 118 for defendant's written statement)].

| RECORD CLERK'S NAME | | | 64. PROPERTY BOOK / PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| 63. ARREST RECORDS SUMMARY | 1. | 2. | |
| | 3. | 4. | |

**BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his / her failure to appear?
☐Yes ☐No ☐Refused (If yes, include in Defendant's Version / Remarks Section above).

| PRINTED NAME - OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 66. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| STEPHEN E. ALLEN | 4377 | OFFICER | [signature] |
| SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| [signature] | 2D | 12-1-1-05 | OCB | 1-1-05 |

PLEASE PRINT FIVE (5) COPIES OF PD 163

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

## ARREST / PROSECUTION REPORT
P.D. 163 Rev. 8/96  G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE – NCIC NO. (ID Only) | |
| 2. ID NUMBER (ID Only) | 232341 |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID Only) | Williams Adrian Christopher |
| 4. CID NUMBER | |
| 5. UNIT – ARREST NO. | 020500004 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | WILLIAMS, LARRY |
| 7. DEA LAB NUMBER | |
| 8. ARRESTING OFFICER'S NAME | ALLEN, S.E. |
| 9. TYPE OF RELEASE | ☐ CITATION ☐ BOND ☐ COLLATERAL |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | NONE |
| RANK | OFC. |
| BADGE | 4377 |
| AGENCY | 2/MPDC |
| 12. COURT DATE | LOCK-UP |
| 13. ADDRESS | 3827 10TH ST NW |
| 14. TIME IN D.C. | LIFETIME |
| 15. | ☐ CHILD ABUSE ☐ GANG ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE SPECIAL INTELLIGENCE |
| 16. SEX | M |
| 17. RACE | BLK |
| 18. BIRTHDATE | [redacted] |
| 19. SOCIAL SECURITY NUMBER | [redacted] |
| 20. NEED INTERPRETER | ☐ YES ☒ NO |
| 21. HGT | 6-00 |
| 22. WGT | 200 |
| 23. HAIR | BLK |
| 24. EYES | BRN |
| 25. COMPLEX | DARK |
| 26. PERMIT NO. / STATE | NONE |
| 27. BIRTHPLACE | WASHINGTON, D.C. |
| 28. CO-DEFENDANTS | Number 0 |
| 29. IMPERSONATOR? | ☐ MALE ☐ FEMALE |
| 30. ETHNICITY | AFRO-AMER. |
| 31. CAUTION | |
| 33. HAT | BLK KNIT |
| 34. JACKET | BLK LEATHER |
| 35. PANTS | BLK PANTS |

### 39. WALES / NCIC CHECK
CHECK MADE BY (Name): 
NCIC NUMBER: 
WARRANT ON FILE: ☐ YES ☐ NO

| | |
|---|---|
| 40. LOCATION OF OFFENSE | 4301 MASS AVE N.W. |
| DATE OF OFFENSE | 12-31-04 / 1-1-05 |
| TIME OF OFFENSE | 2230-0845 |
| 41. LOCATION OF ARREST | 4201 MASS AVE N.W. |
| DATE OF ARREST | 1-1-05 |
| TIME OF ARREST | 1030 |
| 42. ASSISTING OFFICER | OFC HAWKINS, RODNEY #2133 2D/MPDC |

### 43. DEFENDANT ADVISED OF RIGHTS
| DATE | TIME | LOCATION | OFFICER'S NAME | BADGE NO. | UNIT |
|---|---|---|---|---|---|
| 1-1-05 | | 2ND DISTRICT | DET J. CRESPO | | |

### 44. COMPLAINANTS / WITNESSES
| | Address | Birthdate | Home Phone | Work Phone |
|---|---|---|---|---|
| W-1 | [redacted] 4301 MASS AVE NW #3005 | [redacted] | [redacted] | [redacted] |
| W-2 | [redacted] 4301 MASS AVE NW #5005 | [redacted] | [redacted] | |

| CHARGES | NCIC OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLATERAL / BOND RECEIPT NO. |
|---|---|---|---|---|
| 1. BURGLARY ONE WHILE ARMED | | 000-164 | LOCK UP | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

50. PROPERTY RECOVERED / ITEMS OF EVIDENCE
51. INITIALS – DATE – UNIT OF PERSON TAKING PRINT
52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS
53. RIGHT THUMB PRINT

DISTRIBUTION: Page 1 to ID&R; Page 2, & 3, to Prosecutor; Page 4, (yellow), Unit Copy; Page 5 Officer's Copy.
(TO PRINT IN REVERSE) - PLACE THIS PAGE (TOP IN - AND FACED UP) THEN PRINT PAGE 2 ONLY    PAGE ___

PD 202A REV. 8/71

**METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.
CONTINUATION REPORT**
FOR USE WITH PD 163 AND PD 379 ONLY

| 1. COMPLAINT NUMBER | 2. ARREST NUMBER |
|---|---|
| 000-164 | 020500004 |
| 3. UNIT OR DISTRICT | 3a. DATE |
| 2d | 1-1-05 |

4. ITEM | NARRATIVE:

W-1 REPORTS THAT AT THE TIME HIS APARTMENT WAS ENTERED HE WAS AT HOME WITH HIS WIFE. ALL ITEMS OF PROPERTY THAT WERE STOLEN, WERE PROCESSED BY CSSO/MPDC AND RETURNED TO W-1.

| 5. SIGNATURE OF REPORTING OFFICER - BADGE | UNIT | 6. SUPERVISOR APPROVING - DATE | 7. REVIEWER | NO. |
|---|---|---|---|---|
| [signature] 4377 | 23 | [signature] 1-1-05 | | |

S-22983/73

8. PAGE _____ OF _____ PAGES

**(PD 202-A IS PREPARED IN FIVE COPIES)**