# **EXHIBIT N**

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

WARRANT APPLICATION
D.C. Code Offender

Name .............................. Williams, Adrian

Reg. No ......................... 97648-131
DCDC No ....................... 162-518
FBI No ............................ 310535G
Birth Date ...................... █████████
Race ................................ Black

Date ........................................ February 17, 2005
Termination of Supervision ...... July 18, 2006
Violation Date ......................... January 5, 2005
Released .................................. July 19, 2003

Sentence Length ............ 30 months with 3 years supervised
Original Offense ............. Attempted Second Degree Burglary

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**
**Charge No. 1 - Law Violation - Burglary One While Armed.** On 1-1-05, the releasee stole a laptop computer belonging to ████████████ from his residence at 4301 Massachusetts Avenue # 3005. During the search incident to arrest, the police recovered a laptop computer, numerous watches, coins, large knife, screwdriver, black leather gloves and assorted keys. The releasee was arrested by the Metropolitan Police for the above-cited offense on 1-1-05. This charge is based on the information contained in the violation report dated 1-4-05 from supervising officer Sonya Atkinson and a police report dated 1-1-05. Status of Custody/Criminal Proceedings: The subject was released on 1-4-05 and has a court date scheduled for 2-28-05
I ADMIT [ ] or DENY [ ] this charge.

EXHIBIT
N

Williams, Adrian
Reg. No. 97648-131    DCDC No. 162-518

Probable Cause Hearing Is Required              Warrant Recommended By:

                                                _____
Warrant Issued.................. February 17, 2005    Rhonda A. Shelton, Case Analyst
                                                U.S. Parole Commission

Community Supervision Office Requesting Warrant: General Supervision Unit VII-Team 4, 25 K Street

Williams, Adrian
Reg. No. 97648-131    DCDC No. 162-518