**EXHIBIT O**

## WARRANT For Return Of Prisoner Released To Supervision

Name: Williams, Adrian                       Institution:
Reg. No. 97648-131                           DCDC No. 162-518

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of __CCC_____ ss:

Received this writ the __28__ day of __FEB__, 20 __05__, and executed same by arresting the within-named __Adrian Williams__ this __3rd__ day of __March__, 20 __05__ at __5 PM__ and committing him to __DC Jail__

__George Walsh__
U.S. Marshal

__Shane Eskildse__
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __2-17-05__

__Adrian Williams__                           __3-03-05__
Prisoner's Signature                          Date

*(If prisoner refuses to sign, Marshal should so indicate.)*

**EXHIBIT**

Williams, Adrian
Reg. No. 97648-131   DCDC No. 162-518

March 4, 2005

FYI    FYI    FYI    FYI    FYI

TO:   UNITED STATES PAROLE COMMISSION
      Chevy Chase, Maryland 20815

FM:   UNITED STATES MARSHALS SERVICE
      Washington, D.C. 20001

RE:   Warrant Executed

Subject: ADRIAN WILLIAMS
Registration NO: 97648-131
DCDC: 162-518
PDID: 232-341

The above reference subject was processed on March 3, 2005 by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.