# **EXHIBIT P**



# D.C. PROBABLE CAUSE HEARING DIGEST

Name.........................: Williams, Adrian        Date Warrant Executed.: 3.3.05

Reg. No........................: 97648-131             Hearing Date........: 3.8.05

Type of Release............: Supervised Release        Examiner.............: Hylton

Full Term Date When Warrant Issued..: July 18, 2006    Supervision Officer: Sonya Atkinson

---

**Attorney at Probable Cause Hearing:**

[X] PDS   [ ] Other   [ ] None
Name    Deborah Ritter

Address _____

_____

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS   [ ] Other   [ ] Unknown
Name    Vida Johnson

Address _____

_____

Phone _____

---

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing   [X] Advised of Right to Attorney

---

**II. Reason For Not Conducting Probable Cause Hearing**
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner   [ ] Prisoner Unavailable

    [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI. Revocation Hearing.)*

---

**EXHIBIT D**

Williams, Adrian
Reg. No. 97648-131   DCDC No. 162-518

## III. Review of Charges:

Charge No. 1 – Law Violation – Burglary One While Armed.

[ ] ADMITS        [X] DENIES

The Subject's Response:

*Attorney- states M was harassed by police. M has congestive heart failure w/ little movement. Officer indicated that he lied in order to stop M. Witnesses claim M is shade darker and has facial hair which does not specifically identify me. Patient of greater So. East. transfer to Wash. Hospital Center*

[X] Probable Cause Found. After considering the violation report dated 1-4-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

*Living at 606 Condon Terrace S.E. No previous violations. Health is a considerable push. Released on PR from Ct. Ct. date 3-26-05. M not receiving all the medications he is supposed to.*

[ ] No Probable Cause Found

## IV. Additional Charges:

*N/A.*

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and
    [ ] **Reinstate** to Supervision or [ ] **Close Case** *(If expiration date has passed)*

Williams, Adrian
Reg. No. 97648-131    DCDC No. 162-518

 

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

[ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Sonya Atkins
Status:__X_Approved          ____Not Approved          ____Pending Further Review


Name: Stephen E. Allen, Metropolitan Police Department, Badge # 4377,
Status:__X_Approved          ____Not Approved          ____Pending Further Review


Victim
Name: ████████ 4301 Massachusetts Avenue N.W. # 3005
Status:__X_Approved          ____Not Approved          ____Pending Further Review


## VII. Adverse Witnesses Requested by Subject:

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

_____

Williams, Adrian
Reg. No. 97648-131    DCDC No. 162-518

Phone No._____

Status: [ ] Denied at PC Hearing  [ ] Approved at PC Hearing  [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing  [ ] Approved at PC Hearing  [ ] Pending Further Review

Reason for Denial:_____

_____

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

**Williams, Adrian**
Reg. No. 97648-131    DCDC No. 162-518




## IX. Revocation Hearing:

[X] Local Revocation or        [ ] Combined Probable Cause/Local Revocation on:

Location: [ ] CTF   [ ] DC Jail   Date: 5-5-05   Time: [ ] am [X] pm

[ ] Other at _____

_____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

May Qualify for an Expedited Offer:   [X] No    [ ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.        [X] No    [ ] Yes

_____        3/8/05
     Attorney/Prisoner                       Date

*Additional Text:*

_____        3-8-05
          Examiner                          Date

**Disclosure Documents:** Warrant dated 2-14-05, Warrant Application dated 2-14-05, Supplemental Warrant Application dated ____ (only if applicable), Violation Report dated 1-4-05 with attachments, Supervised Release Certificate dated 12-12-03, Pre-Sentence Report (N/A)

I acknowledge having received the above disclosure documents and a copy of this document.

Williams, Adrian
Reg. No. 97648-131    DCDC No. 162-518