# **EXHIBIT Q**

**Bennett, Pat A. (USPC)**

| | |
|---|---|
| From: | Bennett, Pat A. (USPC) |
| Sent: | Tuesday, May 03, 2005 1:49 PM |
| To: | 'Sonya.Atkinson@csosa.gov' |
| Subject: | FW: Adrian Williams, DC DC 162-518 |

Hearing cancelled.

-----Original Message-----
From: Shelton, Rhonda A. (USPC)
Sent: Tuesday, May 03, 2005 1:46 PM
To: 'VJohnson@PDSDC.ORG'
Cc: Bennett, Pat A. (USPC); Gobble, Lori (USPC)
Subject: FW: Adrian Williams, DC DC 162-518


Your request for a continuance in the above-named case is granted.  Please contact Lori
Gobble, via email, to arrange a new hearing date, providing her with three (3) possible
dates.  The dates should be 30 days from the previous hearing.  Mrs. Gobble e mail address
is Lori.Gobble@usdoj.gov

Rhonda A. Shelton
Case Analyst
U.S. Parole Commission
301 492-5821 ext. 126
301 492-5525 fax

-----Original Message-----
From: Bennett, Pat A. (USPC) On Behalf Of Continue Hearing (USPC)
Sent: Friday, April 29, 2005 4:14 PM
To: Shelton, Rhonda A. (USPC)
Subject: FW: Adrian Williams, DC DC 162-518




-----Original Message-----
From: VJohnson@PDSDC.ORG [mailto:VJohnson@PDSDC.ORG]
Sent: Friday, April 29, 2005 3:16 PM
To: Continue Hearing (USPC)
Cc: Wedlock, Teah R. (USPC)
Subject: Adrian Williams, DC DC 162-518


Mr. Williams has a hearing scheduled for May 5th.  I am newly assigned to
his parole case and would like to continue the hearing until sometime in
June.  Please let me know if there is anything else I can do.  I have spoken
to Mr. Williams and he has no objection to a continuance.

If you have any questions or concerns, please contact me at (202) 824-2348.

Sincerely,
Vida Johnson
Attorney for Mr. Williams

EXHIBIT