# **EXHIBIT R-2**

WILLIAMS, ADRIAN

97648-131  PR009721
DC LOCAL RE  JCTFR
8/22/2005

...NT OF JUSTICE
...ommission

...ER

Name: _____

Reg. No: _____  Institution: CTF

In the case of the above-named, the Commission has carefully examined all the information at its disposal and the following action with regard to parole, parole status, or mandatory release status is hereby ordered:

No Finding of violation; Release forthwith from custody of the warrant dated February 17, 2005 and reinstate to supervision. You are to report to your Community Supervision officer immediately upon release.

[signatures] 10/6/2005

Date: August 22, 2005

---

Continue for a subsequent hearing to further consider charge No 1 - Burglary One While Armed and re-subpoena adverse witnesses on this criminal charge. Hold in custody ~~pending the~~ ~~continued hearing~~

[signatures] 10/5/05, 10/6/05

Date: _____

Exhibit R-2

(Date Notice Sent)

National Appeals Board  _____
                           (check)

Regional Commissioners  _____
                           (check)

Full Commission  _____
                    (check)

Parole Form H-6
December 2004