# **EXHIBIT S**



**United States Parole Commission**
U.S. Department of Justice

Type of Contact....: Outgoing Telephone Call

Date & Time.........: September 29, 2005, 03:55 PM

Name of Contact..: Alex Shoaibi

Agency...................: AUSA

Phone Number......: 202-5114-5864

Prisoner.................: Williams, Adrian
                          Reg. No. 97648-131
                          DCDC No. 162-518

Keyer.....................: Jordana Randall
                          Case Analyst Trainee

SPOKE WITH AUSA REGARDING ABOVE LISTED BURGLARY I WHILE ARMED CHARGE. AUSA SAID THEY HAD A STRONG CASE ON THE OFFNEDER. HOWEVER OFFICER ALLEN PERFORMED AN ILLEGAL SEARCH OF THE OFFENDER. HE DID NOT HAVE PROBABLE CAUSE AND CONSENT WAS NOT GIVEN. HE SAID THAT BOTH OFFICER ALLEN AND VICTIM HAQQINI ARE GOOD WITNESSES TO CALL. – HAQQINI CAN TESTIFY THAT HIS LAPTOP WAS STOLEN, OFFICER ALLEN CAN TESTIFY THAT THE LAPTOP WAS FOUND IN THE SUBJET'S BACK PACK. SECOND VICTIM (ELDERLY WOMAN) COULD IDENTIFY THE SUBJECT, THOUGH NO PROPERTY WAS TAKEN FROM HER. HAQQINI CANNOT IDENTIFY THE SUBJECT.



EXHIBIT
S