**EXHIBIT T**

Notice of Action

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Name: WILLIAMS, Adrian
Register Number: 97648-131
DCDC No: 162-518

Institution: D.C. – C.T.F.

Date: October 11, 2005

In the case of the above-named, the following action was ordered:

### D.C. Local Revocation

Continue for a subsequent hearing to further consider Charge No. 1 – Burglary I While Armed and re-subpoena adverse witnesses on this criminal charge.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   U.S. Marshals Service
      District of Columbia District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod

      Deborah Ritter
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

**EXHIBIT**

Clerk MDD

WILLIAMS 97648-131                                    -1-
Queued: 10-11-2005 14:47:01 BOP-D.C. Correctional Treatment Facility | USM-District of Columbia - District Court, D.C.
District Court | FPD-District of Columbia, District of Columbia - DC |