# **EXHIBIT U**

**Krapels, Helen (USPC)**

From: Gobble, Lori (USPC)
Sent: Monday, October 24, 2005 10:48 AM
To: 'VJohnson@PDSDC.ORG'
Cc: Bennett, Pat A. (USPC); Randall, Jordana (USPC); Krapels, Helen (USPC)
Subject: Williams, Adrian Reg. No. 97648-131

Importance: High

# PLEASE BE ADVISED THAT MR. WILLIAMS HAS BEEN SCHEDULED FOR HIS LOCAL REVOCATION HEARING ON WEDNESDAY, NOVEMBER 9, 2005 PM

EXHIBIT

1