# **EXHIBIT V**



United States Parole Commission
U.S. Department of Justice

Type of Contact....: Outgoing Telephone Call

Date & Time.........:October 13, 2005, 03:25 PM

Name of Contact..:D.C. C.T.F. CMC / CSO Atkinson

Agency...................:

Phone Number.....:

Prisoner................:Williams, Adrian
                        Reg. No. 97648-131
                        DCDC No. 162-518

Keyer....................:Jordana Randall
                        Case Analyst Trainee

---

I SPOKE WITH CSO ATKINSON WHO STATES THAT THE SUBJECT HAS SUFFERED WITH CONGENITAL HEART FAILURE THROUGHT HIS PERIOD OF SUPERVISION.

THE CMC AT DC CTF STATES THAT THE OFFENDER IS NOW BACK FROM THE HOSPITAL AND IS REPORTED IN STABLE CONDITION.

**EXHIBIT**
V