**EXHIBIT W**

10/25/05 16:03 FAX 301 492 5563    US PAROLE COMMISSION                     ☐021
Case 1:05-cv-01387-EGS    Document 23-26    Filed 11/08/2005    Page 2 of 3

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: WILLIAMS, Adrian
Register Number: 97648-131
DCDC No: 162-518

Institution: D.C. CTF

Date:    October 18, 2005

---

In the case of the above-named, the following action was ordered:

Hold in custody pending the continued local revocation hearing as ordered in Notice of Action dated October 11, 2005.

**REASONS:**

The Commission has considered information regarding your current medical condition that was submitted by your attorney but does not find that it is compelling enough to warrant your release pending the continued hearing.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    D.C. Federal Billing Unit
       D.C. Department of Corrections
       Washington, D.C. 20003

       U.S. Marshals Service
       District of Columbia - District Court
       333 Constitution Ave, N.W., Room 1400
       Washington, D.C. 20001
       Warrants - Attn: Sean McLeod

       Vita Johnson
       Public Defender Service
       District of Columbia
       Special Proceedings Division
       633 Indiana Avenue, N.W.

**EXHIBIT**
W

---

Williams 97648-131                                            -1-                        Clerk:   ADC
Queued: 10-18-2005 15:23:25 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit VII-Team 4, 25 K Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Washington, D.C. 20004

U.S. Probation Office
General Supervision Unit VII-Team 4
CSOSA
25 K Street, N.E.
Washington, D.C. 20002

CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001