# **EXHIBIT X**

U.S. Department of Justice
United States Parole Commission

## CERTIFICATE OF SUPERVISED RELEASE
District of Columbia Offender

Know All Men By These Presents:

**Williams, Adrian**, Register No. **97648-131**, (DCDC No. **162-518**), is to be released to supervised release on **December 12, 2003**, and is to remain on supervised release until midnight **December 12, 2006**. The prisoner is to reside within the District of Columbia and to remain within the district of supervision, defined as the **Washington, D.C. Metropolitan Area** (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) except as otherwise provided.

Given under the hands and the seal of the United States Parole Commission on December 12, 2003.

UNITED STATES PAROLE COMMISSION

By Patricia D. Vines, Case Analyst

**Acknowledgement of Release Conditions:**
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

**Consent to the Disclosure of Drug/Alcohol Treatment Information:**
By signing this Supervised Release Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the Court Services and Offender Supervision Agency, or any other agency supervising me on behalf of the U.S. Parole Commission. I further consent to the disclosure by such facility to the supervising agency of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

_____        _____
             Name                                     Reg. No.

Witnessed: _____
             Name and Title                                     Date

The above-named person was released on the _____ day of _____, 20____

_____
Official Certifying Release

**EXHIBIT**
V

This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant and reimprisoned pending a hearing to determine if the release should be revoked.

## CONDITIONS OF RELEASE

1. You shall report in person to your Supervision Officer within 72 hours of release from custody and shall report to such officer the place where you will reside.
2. You shall provide your Supervision Officer a truthful and complete written report (on a form provided for that purpose) between the first and third day of each month. You shall also report to your Supervision Officer as the officer directs and you shall provide complete and truthful information.
3. You shall not leave the district of supervision without the permission of your Supervision Officer.
4. You shall work regularly unless excused by your Supervision Officer, and shall support any legal dependents to the best of your ability. You shall also participate in employment readiness programs if directed by your Supervision Officer.
5. You shall notify your Supervision Officer within two days of any change in residence or employment.
6. You shall make a diligent effort to satisfy any fine, restitution order, court costs or assessment and shall provide your Supervision Officer such financial information that is requested by your Supervision Officer regarding payment of the obligation. If unable to pay the obligation in one sum, you shall cooperate with your Supervision Officer in establishing an installment payment schedule.
7. You shall make a diligent effort to comply with the terms of any court order or an administrative process requiring you to pay for the support and maintenance of a child and the parent with whom the child is living, or a former spouse.
8. You shall permit your Supervision Officer to visit you at any time at home, or your place of business or occupation, and shall permit the Supervision Officer to confiscate any material which the officer sees in plain view and believes may constitute contraband in your residence, place of business or occupation, vehicle, or on your person.
10. As directed by your Supervision Officer, you shall notify persons of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit your Supervision Officer to make such notifications and to confirm your compliance with such notification requirement.
11. You shall not associate with persons who have a criminal record without permission of your Supervision Officer.
12. You shall not violate any law nor shall you associate with persons engaged in criminal activity.
13. You shall notify your Supervision Officer within two days of being arrested or questioned by a law enforcement officer.
14. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
15. You shall submit to at least three drug tests for use of a controlled substance: once within fifteen days of release and two additional tests as required by your Supervision Officer. You shall submit to a drug or alcohol test at any time, whenever ordered to do so by your Supervision Officer.
16. You shall not unlawfully possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication), and you shall refrain from excessive use of alcohol.
17. You shall not possess a firearm, ammunition, or other dangerous weapon.
18. You shall not enter into any agreement to act as an informant or special agent for any law enforcement agency without prior authorization from the U.S. Parole Commission.
19. You will provide a DNA sample if collection of such sample is authorized pursuant to Section 3 of the DNA Analysis Backlog Elimination Act of 2000.
20. You shall submit to the sanctions imposed by your Supervision Officer (within the limits established by the approved Schedule of Accountability Through Graduated Sanctions), if the Supervision Officer finds that you have tested positive for illegal drugs or that you have committed any non-criminal violation of the release conditions. Graduated sanctions may include community service, curfew with electronic monitoring, and/or a period of time in a community treatment center. Your failure to cooperate with a graduated sanction imposed by your Supervision Officer will subject you to the issuance of a summons or warrant by the Commission, and a revocation hearing at which you will be afforded the opportunity to contest the violation charge(s) upon which the sanction was based. If the Commission finds that you have violated parole as alleged, you will also be found to have violated this condition. In addition, the Commission may override the imposition of a graduated sanction at any time and issue a warrant or summons if it finds that you are a risk to the public safety or that you are not complying with this condition in good faith.

**You shall also abide by the below listed special condition(s) as indicated:**

The Parole Commission may add to, modify, or delete any condition of release at any time.

Information concerning a releasee under the supervision of the Parole Supervision Services Division may be disclosed to a person or persons who may be exposed to harm through contact with that particular releasee if such disclosure is deemed to be reasonably necessary to give notice that such danger exists. Information concerning a releasee may be released to a law enforcement agency as required for the protection of the public or the enforcement of the conditions of the release.

I have read, or had read to me, the conditions of release printed on this statement and received a copy thereof. I fully understand the conditions and know that if I violate any condition, I may have my supervised release revoked and be required to serve the maximum authorized term of imprisonment as set forth in D.C. Code 24-203.1(b). I fully understand that the Commission or a member thereof may at any time modify the conditions of supervised release, which may include additional conditions.

_____              _____
            Name                                            Reg. No.

Witnessed: _____
              Name and Title                                    Date