**EXHIBIT Y**

```
                         Case Inquiry Screen
                            11/05/2005
DOCKET #: F0004105
 Defendant: WILLIAMS,ADRIAN C              SSN: ████            ARR#: 02-05-00004
       aka: WILLIAMS, LARRY      B  M  6'00"  200 lbs   DOB: ████    PDID: 232-341
      AUSA: ASHOAIBI           Intake: FEL-BURGLARY 1-PSA204         FBI: 310535G
   Offense: on 12/31/2004 22:30 at 4301 MASSACHUSETTS AVE N          CCN: 05-000-164
    Arrest: on 01/01/2005 10:30 at 4201 MASSACHUSETTS AVE NW      Warrant#:
   by Ofc.: S ALLEN B-4377             RIP Ofc.: CRESPO on
     Judge: HOLEMAN, BRIAN F.                Bond: $0              Posted:
   Defense: JOHNSON, VIDA B                   BWI:                    BWQ:
----------------------------------------------------------------------------------
                               CASE COUNTS
   COUNT: A - BURGLARY I - U988
    Filed: 01/03/2005                  Courtroom: 0216
    Judge:                             Continued:        Reason:    Old Cont.: 01/28/2005
     Bond:             $0            Bondapplies:     TrialType:
   Phdate:                              Indicted:        Alt SH:
     Disp: 01/05/2005 HELD FOR S.C.G.J.     Plea:
   GJDisp: 02/23/2005 INDICTED          Judgement:
  Sentnce:                               Comment:
Confinement:           to              Compound:         to
  Probation:                           Suspended:        to
    FineAmt:           $0             SuspendAmt:        $0   Alt Suspended Max:
Restitution:           $0             Concurrent:

   COUNT: B - CARRY PISTOL W/OUT LICENSE-OUTSIDE HOME/BUSIN - 1899
    Filed: 02/23/2005                  Courtroom:
    Judge: HOLEMAN, BRIAN              Continued:        Reason:    Old Cont.: 06/01/2005
     Bond:             $0            Bondapplies:     TrialType:
   Phdate:                              Indicted: 02/23/2005  Alt SH:
     Disp: 06/01/2005 DISMISSED           Plea: 02/28/2005 NOT GUILTY
   GJDisp:                             Judgement:
  Sentnce:                               Comment:
Confinement:           to              Compound:         to
  Probation:                           Suspended:        to
    FineAmt:           $0             SuspendAmt:        $0   Alt Suspended Max:
Restitution:           $0             Concurrent:
```

Page 1 of 3

*Exhibit Y*

```
DOCKET #: F0004105
  Defendant: WILLIAMS,ADRIAN C                                  SSN:                    ARR#: 02-05-00004
        aka: WILLIAMS, LARRY          B  M  6'00"  200 lbs      DOB:                    PDID: 232-341
       AUSA: ASHOAIBI                 Intake: FEL-BURGLARY 1-PSA204                      FBI: 310535G
    Offense: on 12/31/2004 22:30   at 4301 MASSACHUSETTS AVE N                           CCN: 05-000-164
     Arrest: on 01/01/2005 10:30   at 4201 MASSACHUSETTS AVE NW                       Warrant#:
     by Ofc.: S ALLEN B-4377                                 RIP Ofc.: CRESPO on
      Judge: HOLEMAN, BRIAN F.                                  Bond: $0                Posted:
    Defense: JOHNSON, VIDA B                                    BWI:                    BWQ:
-----------------------------------------------------------------------------------------------------
                                              CASE COUNTS
  COUNT: C - THEFT 1ST DEGREE - 1846
   Filed: 02/23/2005                       Courtroom:
   Judge: HOLEMAN, BRIAN                   Continued:              Reason:        Old Cont.: 06/01/2005
    Bond:            $0                  Bondapplies:            TrialType:
  Phdate:                                   Indicted: 02/23/2005    Alt SH:
    Disp: 06/01/2005 DISMISSED                  Plea: 02/28/2005 NOT GUILTY
  GJDisp:                                  Judgement:
  Sentnce:                                   Comment:
Confinement:            to                  Compound:               to
  Probation:                                Suspended:              to
    FineAmt:          $0                  SuspendAmt:               $0      Alt Suspended Max:
Restitution:          $0                  Concurrent:

  COUNT: D - RECEIVE STOLEN GOODS - 1974
   Filed: 02/23/2005                       Courtroom:
   Judge: HOLEMAN, BRIAN                   Continued:              Reason:        Old Cont.: 06/01/2005
    Bond:            $0                  Bondapplies:            TrialType:
  Phdate:                                   Indicted: 02/23/2005    Alt SH:
    Disp: 06/01/2005 DISMISSED                  Plea: 02/28/2005 NOT GUILTY
  GJDisp:                                  Judgement:
  Sentnce:                                   Comment:
Confinement:            to                  Compound:               to
  Probation:                                Suspended:              to
    FineAmt:          $0                  SuspendAmt:               $0      Alt Suspended Max:
Restitution:          $0                  Concurrent:
```

```
                          Case Inquiry Screen
                              11/05/2005
DOCKET #: F0004105
 Defendant: WILLIAMS,ADRIAN C              SSN: ▓▓▓▓▓         ARR#: 02-05-00004
       aka: WILLIAMS, LARRY      B  M  6'00"  200 lbs  DOB: ▓▓▓▓▓   PDID: 232-341
      AUSA: ASHOAIBI           Intake: FEL-BURGLARY 1-PSA204         FBI: 310535G
   Offense: on 12/31/2004 22:30  at 4301 MASSACHUSETTS AVE N         CCN: 05-000-164
    Arrest: on 01/01/2005 10:30  at 4201 MASSACHUSETTS AVE NW     Warrant#:
    by Ofc.: S ALLEN B-4377              RIP Ofc.: CRESPO on
     Judge: HOLEMAN, BRIAN F.               Bond: $0               Posted:
   Defense: JOHNSON, VIDA B                  BWI:                     BWQ:
--------------------------------------------------------------------------------
                                CASE COUNTS

  COUNT: E - CDW FELONY - 1920
  Filed: 02/23/2005                  Courtroom:
  Judge: HOLEMAN, BRIAN             Continued:           Reason:       Old Cont.: 06/01/2005
   Bond:            $0            Bondapplies:         TrialType:
 Phdate:                             Indicted: 02/23/2005   Alt SH:
   Disp: 06/01/2005 DISMISSED            Plea: 02/28/2005 NOT GUILTY
 GJDisp:                             Judgement:
 Sentnce:                              Comment:
Confinement:              to         Compound:             to
  Probation:                         Suspended:             to
    FineAmt:         $0            SuspendAmt:            $0     Alt Suspended Max:
Restitution:         $0             Concurrent:
```