### Inmate Population Notice
Inmate Mail

The following is a list of reminders regarding the Mail and Procedures for processing and handling of the mail.

No inter - facility Mail will be processed without prior authorization from the Warden. Inmates may not write other inmates. Any mail received to be mailed within the facility, will be destroyed.

No indigent envelopes will be mailed without the CTF indigent mail stamp. Inmates must submit their request for indigent supplies to the Library Aide, Ms Bivens and complete the Indigent Request form.

Denied or rejected mail will only be returned at the inmate's expense. You will have 30 days to provide postage or the mail will be destroyed.

Any mail received with non allowable items or contraband will be returned, (i. e., stamps, Polaroid photos, 8x10 photos).

Items not allowed to be received
Cash or coins
Non US Postal Service Money Orders
Polaroid photos
Illicit, Explicit, or Nude Photos
Magazines clips
No photo, card,
No calling cards
No credit cards
Items A-J of policy 16-1

Books and Magazines must be mailed directly from the publisher, book store or company.

Mail being sent to DC Jail must have the adequate amount of postage

Newspapers will be sent to the Housing Units with the Mail to be distributed in the same manner as mail with proper identification of the inmate. No newspaper or mail will be left on a desk or placed on the inmates bunk or in the cell if the inmate is not in the unit.

Legal Mail will be delivered by each respective Housing Unit Casemanager

The Mail Room Employees are as follows:

Ms Davis,          C Building   and   SMU A&B

Ms Hawkins        D Building   and   Medical 96

Mr. Wallace        E  Building  and   Medical 82

You may submit your request concerning mail on an Inmate
Request Form

Adrian Williams El v. Michael J. Gaines, Et Al., Chairman, United States Parole Commission, Et Al.

Civil Action No.
1:05-CV-1387

Exhibit (B)

U.S. Department of Justice                                          **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard                          
Chevy Chase, Maryland  20815-7201

---

Name: WILLIAMS, Adrian                          Institution:  D.C. – C.T.F.
Register Number: 97648-131
DCDC No:  162-518                          Date:      October 11, 2005

---

In the case of the above-named, the following action was ordered:

### D.C. Local Revocation

Continue for a subsequent hearing to further consider Charge No.1 – Burglary I While Armed and re-subpoena adverse witnesses on this criminal charge.


THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.


cc:      U.S. Marshals Service
          District of Columbia - District Court
          333 Constitution Ave, N.W., Room 1400
          Washington, D.C.  20001
          Warrants - Attn:  Sean McLeod

          Deborah Ritter
          Public Defender Service
          District of Columbia
          Special Proceedings Division
          633 Indiana Avenue, N.W.
          Washington, D.C.  20004

          CSS Data Management Group
          D.C. Court Services & Offender Supervision Agency
          300 Indiana Avenue, N.W., Suite 2070
          Washington, D.C.  20001

---

WILLIAMS 97648-131                          -1-                          Clerk:   MDD

United States District Court

For The District of Columbia

Adrian Williams-El, Pro Se - Petitioner,
D.C.D.C. # 162-518
Federal No. 97648-131
C.C.A. (D.C.) C.T.F.
1901 "E" Street, S.E., E1B-20
Washington, D.C., 20003,

         v.

Michael J. Gaines, Et Al, Chairman,
United States Parole Commission, Et Al,

             Respondents.

Civil Action No.

1:05-CV-1387

The Honorable Judge:

Emmet G. Sullivan

Orders

It Being This ___ Day of _____ 2005, A.D., So
Ordered: That The Motion For Enlargement Of Time By The
United States' And Respondents Is Denied As Being Time Barred.

It Is Further Ordered: That Respondent Fred E. Figueroa,
Custodian Of This Petitioner Has Violated The Federal Constitutional

(1)

Rights Of This Petitioner In His Failure To Provide Petitioner With Constitutionally Alotted Time In C.C.A. (D.C.) C.T.F.'s Law Library To Litigate This Matter Appropriately, Affording Time For Research, Filing, Preperations, Copying And Mailing. Respondents Memorandum Order Limiting Large Brown Envelopes To Indigent Prisoners And Devising A Scheme To Force Each Indigent Prisoner Approval Through Your Administrative Procedures To Be Allowed To File/Or Gain Access To The Courts Is Deemed Unconstitutional And You Are Ordered To Make Available Forthwith To Every Prisoner In Your Custody, Envelopes, Paper, Pens, Paper For Coping, Law Library Access Without Your Impedements Forthwith. It Is The Further Decision Of This Court.

(2)

That Petitioner Is Ordered freed forthwith, That
The Writ Of Habeas Corpus Is Granted Forthwith.

_United States District Court Judge Emmet G. Sullivan_

(3)