# **EXHIBIT A**

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | **Notice of Action** |

| | |
|---|---|
| Name: WILLIAMS, Adrian<br>Register Number: 97648-131<br>DCDC No: 162-518 | Institution: D.C. – C.T.F.<br><br>Date:     November 30, 2005 |

As a result of the hearing conducted on November 9, 2005, the following action was ordered:

The result of your hearing on November 9, 2005 is that there is no finding of violation. Reinstate to Supervision.

### FINDINGS OF FACT:

The Commission has made no finding on the following alleged violation(s):

Charge No. 1 - Law Violation: Burglary I.

Basis: Insufficient evidence.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

      D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      Vida Johnson
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave, N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod

---

WILLIAMS 97648-131                                  -1-                                  Clerk:   MDD