# **EXHIBIT B**

Case 1:05-cv-01387-EGS     Document 30-3     Filed 12/08/2005     Page 1 of 4

## Inmate Record

# 162518 - WILLIAMS, ADRIAN



| | |
|---|---|
| Institution: | 12 - CENTRAL DETENTION FACILITY (CDF) |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 2005-02796 |
| PDID Number: | 232341 |
| Social Security #: | ███████ |
| US Marshal #: | 97648131 |
| # Total Bookings: | 4 Booking History |
| Commitment Date: | 03/03/2005 |
| Release Date: | 12/01/2005 |
| Release Type: | PAROLE |
| In Custody Of: | SELF |
| Parole Elig. Date: | N/A |
| Short Term Date: | N/A |
| Full Term Date: | N/A |

## Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | ███████ | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | DC | Education: | 16 |
| | | Occupation: | MISCELLANEOUS |
| Hair: | BLACK | | |
| Eyes: | BROWN | Address: | ███████ |
| Weight: | 215 | | |
| Height: | 510 | | |

| | | | |
|---|---|---|---|
| Aliases: | (No Alias SSN's) | | WILLIAMS, ADRIAN C |

## Charges

**Charge: DOC-2749 - DOC-CONDITION OF PAROLE FEL.**

| | | | |
|---|---|---|---|
| Case#: | USPV | Min Sentence: | |
| Court: | SUPERIOR COURT | Max Sentence: | |
| Offense Date: | 03/03/2005 | Date Sentenced: | N/A |
| Date Charged: | 03/03/2005 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | 5 - PAROLE VIOLATOR | Bond Type: | N/A |

**Charge: SUP-U988 - BURGLARY I**

| | | | |
|---|---|---|---|
| Case#: | F0004105 | Min Sentence: | |
| Court: | SUPERIOR COURT | Max Sentence: | |
| Offense Date: | 03/23/2005 | Date Sentenced: | N/A |
| Date Charged: | 03/23/2005 | VVCC: | $ N/A |
| Counts: | 1 | Bond Amount: | $ N/A |
| Disposition: | G - COURT ORDERED DISMISSAL/RELEASE | Bond Type: | N/A |

## Detainers

(No Detainer History)

## Transfer History

|  | Date/Time | Institution |
|---|---|---|
| From: | 3/3/2005 3:47:54 PM | INITIAL |
| To: | 3/3/2005 3:47:54 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 3/4/2005 6:24:19 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 3/5/2005 8:30:51 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 3/8/2005 5:56:33 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 3/8/2005 5:57:00 AM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 3/8/2005 7:03:27 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 3/9/2005 6:05:19 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 3/12/2005 10:05:01 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 3/12/2005 10:07:33 AM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 3/14/2005 8:09:26 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 3/15/2005 6:14:56 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 5/17/2005 6:50:09 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 5/17/2005 6:50:25 AM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 5/17/2005 4:05:42 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 5/18/2005 6:19:20 AM | 11 - CORRECTIONAL TREATMENT FACILITY |
| From: | 12/1/2005 2:19:24 PM | 11 - CORRECTIONAL TREATMENT FACILITY |
| To: | 12/1/2005 5:48:29 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| From: | 12/1/2005 9:17:33 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 12/1/2005 9:17:33 PM | RELEASE |

## Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2005-02796 | 03/03/2005 | 12/01/2005 | <<<---Displayed Above |
| 2005-00049 | 01/03/2005 | 01/29/2005 | |
| 16251813 | 06/07/1991 | 09/16/2002 | |
| 16251812 | 02/26/1991 | 04/04/1991 | |
| 16251811 | 10/28/1983 | 01/03/1990 | |

*The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.*

*For additional information, please contact the DC Department of Corrections*