IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADRIAN WILLIAMS-EL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1387 |
| THE UNITED STATES PAROLE COMMISSION, *ET AL.*, | ) ) ) ) ) | |
| Respondents. | ) | |

### MOTION TO LATE FILE RESPONDENT FRED FIGUEROA'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Respondent, Fred Figueroa, by and through undersigned counsel, hereby moves this Court to grant him leave to late file his response to this Court's Order to Show Cause. As reasons why this motion should be granted, the respondent states the following:

1. By order of this Court dated August 8, 2005, respondents were ordered to respond to the Court's Order to Show Cause as to why petitioner's writ of habeas corpus should not issue within thirty (30) days of service of the order to show cause. *See* Docket Entry 3.

2. A Show Cause was not issued as to the District of Columbia. See Docket Entries, generally. On or about November 4, 2005, the Show Cause that was issued as to respondent Figueroa was signed by an investigator at CCA. *See* Docket Entry 19.

3. The District of Columbia ("District") and the Correctional Corporation of America ("CCA") have modified the parties' contract, and now the District is required to represent CCA in some matters before this Court. Due to inadvertence and the press of other business, a response on behalf of Fred Figueroa was not timely filed.

4. Under *Fed R. Civ. P.* 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…or (2) upon motion made after expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

5. This motion is being made for excusable neglect and otherwise meets the requirements of Rule 6(b)(2). Moreover, petitioner is not prejudiced by this respondent's delayed response as petitioner is not entitled to the requested relief as set forth in the response filed by the U.S. Parole Commission. See Docket Entry #23.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____
PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV


_____
GEORGE E. RICKMAN, #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Local Rule 7(m) Certification

Petitioner is incarcerated and proceeding *pro se*. The undersigned was unable to obtain his consent to the motion and the motion should be considered as opposed.

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

CERTIFICATE OF SERVICE

I do hereby certify that on this 13th day of December, 2005, a copy of this motion, memorandum in support thereof and proposed order was mailed first class postage pre-paid to:

Mr. Adrian C. Williams-El
R97648-131
1901 E Street, SE
Medical Unit 82-15
Washington, D.C.  20003

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADRIAN WILLIAMS-EL, <br><br> Petitioner, <br><br> v. <br><br> THE UNITED STATES PAROLE COMMISSION, *ET AL.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-1387

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE RESPONDENT FRED FIGUEROA'S MOTION TO LATE FILE HIS RESPONSE TO
THE COURT'S ORDER TO SHOW CAUSE

As authority for the foregoing motion, respondent Fred Figueroa cites and relies on the following:

1. Fed.Civ.R.P. 6(b)(2).

2. The record herein.

3. The equitable powers of the Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI

Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV

                                                          _____
GEORGE E. RICKMAN, #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625