IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADRIAN WILLIAMS-EL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> THE UNITED STATES PAROLE ) <br> COMMISSION, *ET AL.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-1387 |

ORDER

Upon consideration of the respondent Fred Figueroa's motion to late file his response to the Court's Order to Show Cause, any opposition thereto, any reply, the facts, the law and the record herein, it is this ___ day of _____ 2005, and it is,

**ORDERED:** that this motion is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that respondent Fred Figueroa's response to the Court's Order to Show Cause is hereby accepted for filing, and is deemed filed as of the date of this order.

 

                                                      EMMET G. SULLIVAN
                                                      United States District Court Judge

Copies to:

Mr. Adrian C. Williams-El
R97648-131
1901 E Street, SE
Medical Unit 82-15
Washington, D.C.  20003