IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADRIAN WILLIAMS-EL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES PAROLE )<br>COMMISSION, *ET AL.*, )<br>)<br>Respondents. ) | Civil Action No. 05-1387 |

ORDER

Upon consideration of petitioners' petition for a writ of habeas corpus, the response of respondent Fred Figueroa, any reply thereto, the facts, the law and the record herein, it is this ____ day of _____ 2005, and it is,

**ORDERED**: that petitioner's petition for a writ of habeas corpus as to Fred Figueroa is hereby **DENIED.**

                                                  EMMET G. SULLIVAN
                                                  United States District Court Judge

Copies to:

Adrian C. Williams-El
R97648-131
1901 E Street, SE
Medical Unit 82-15
Washington, D.C. 20003