UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADRIAN C. WILLIAMS-EL, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1387 (EGS) |
| MICHAEL J. GAINES, *et al.*, | ) |
| Respondents. | ) |

ORDER

No activity has occurred in this habeas corpus action since September 2006, petitioner's last submission was in November 2005 and an order mailed in January 2006 to petitioner's address of record, the District of Columbia's Correctional Treatment Facility, was returned as undelivered and "unable to forward."[1]  Accordingly, it is

ORDERED that this case is DISMISSED without prejudice to reopening upon petitioner's filing of a motion to reconsider within twenty (20) days of this Order that states good cause why the case is not moot.

SO ORDERED.

SIGNED:  EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: August 16, 2007

---

[1] According to the Bureau of Prisons' inmate locator, petitioner was released from federal custody in December 2003.